RECEIPT # 53840
AMOUNT $ 150
SUMMONS ISSUED N/A
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _M_
DATE 2-13-04

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH W. WALSH,<br>Plaintiff,<br><br>vs.<br><br>KENWORTH TRUCK COMPANY,<br>Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>)<br>)<br>)<br>) |

04cv10304 JLT
MAGISTRATE JUDGE Bowler

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

TO: Chief Judge and Judges of the
United States District Court
For the District of Massachusetts

The defendant, Kenworth Truck Company ("Kenworth"), an unincorporated division of PACCAR INC., hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 in connection with the above-captioned action. As grounds for its Notice of Removal, Kenworth states as follows:

1. This action was commenced in the Suffolk Superior Court and is now pending before that court.

2. As appears from the docket, files, and records of the Suffolk Superior Court, a civil action was commenced on or about January 15, 2004. Undersigned counsel received notice of the complaint on or about January 22, 2004 and agreed to accept service on behalf of Kenworth. The original summons and complaint were served on

counsel for Kenworth on February 11, 2004. A copy of said complaint is attached hereto as Exhibit A.

3. This civil action arises out of personal injuries allegedly sustained by the plaintiff, Joseph Walsh ("the plaintiff"), on or about June 28, 2002. Specifically, the plaintiff alleges that he sustained third-degree burns on his right leg when a hot water hose in his Kenworth Model K100E Truck burst as the plaintiff was checking the alternator belt. As a result of his alleged injuries, the plaintiff was required to undergo skin graft surgery. While the lost wages and medical expenses, to date, approximate $60,000, the plaintiff alleges that he has a continuing disability and loss of earning capacity.

4. The plaintiff states in his complaint that he is a resident of Miami, Florida.

5. Kenworth is an unincorporated division of PACCAR INC. which is a Delaware Corporation with a principal place of business in Washington.

6. Jurisdiction of the Federal Court is founded on the complete diversity of citizenship between the plaintiff and the defendant. Given the plaintiff's allegations, Kenworth believes that the amount in controversy exceeds $75,000 exclusive of interests and costs.

7. This Notice of Removal is filed within thirty (30) days of receipt of the complaint in this action by Kenworth.

WHEREFORE, Kenworth Truck Company requests that this action be removed from the Suffolk Superior Court to the United States District Court for the District of Massachusetts.

KENWORTH TRUCK COMPANY
By its attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY,
PROFESSIONAL CORPORATION,

*/s/ Kathleen M. Guilfoyle*

James M. Campbell (BBO# 541882)
Kathleen M. Guilfoyle (BBO# 546512)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: February 13, 2004

## CERTIFICATE OF SERVICE

I certify that on February 13, 2004, a true copy of the above document was sent by first class mail, postage prepaid to the following counsel of record:

Christopher S. Williams, Esq.
Williams & O'Leary, LLP
11 Beacon Street – Suite 1100
Boston, MA 02108

*/s/ Kathleen M. Guilfoyle*
Kathleen M. Guilfoyle

3