UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

```
                                      )
JOSEPH W. WALSH,                      )
      Plaintiff,                      )
                                      )
vs.                                   )    CIVIL ACTION NO.
                                      )
KENWORTH TRUCK COMPANY,               )
      Defendant.                      )
                                      )
```

## NOTICE OF APPEARANCE

Please enter the appearance of James M. Campbell and Kathleen M. Guilfoyle of

Campbell Campbell Edwards & Conroy, P.C. as counsel for the defendant Kenworth Truck

Company.

KENWORTH TRUCK COMPANY
By its attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY,
PROFESSIONAL CORPORATION,

James M. Campbell (BBO# 541882)
Kathleen M. Guilfoyle (BBO# 546512)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: February 13, 2004

## CERTIFICATE OF SERVICE

I certify that on February 13, 2004, a true copy of the above document was sent by first

class mail, postage prepaid to the following counsel of record:

Christopher S. Williams, Esq.
Williams & O'Leary, LLP
11 Beacon Street – Suite 1100
Boston, MA 02108

Kathleen M. Guilfoyle