UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

|  |  |
|---|---|
| JOSEPH W. WALSH, **Plaintiff**, | )<br>)<br>) |
| vs. | )<br>)    CIVIL ACTION NO.<br>) |
| KENWORTH TRUCK COMPANY, **Defendant**. | )<br>)<br>)<br>) |

04cv10301 JLT

**CORPORATE DISCLOSURE STATEMENT
PURSUANT TO LOCAL RULE 7.3(A)**

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District

Court for the District of Massachusetts, defendant states that Kenworth Truck Company is an

unincorporated division of PACCAR, INC., 777 106th Avenue, Bellevue, WA 98004.  Further responding,

there is no publicly held company that owns 10% or more of the stock of PACCAR, INC.

KENWORTH TRUCK COMPANY,
By its attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY,
PROFESSIONAL CORPORATION,

*Kathleen M. Guilfoyle*
James M. Campbell (BBO# 541882)
Kathleen M. Guilfoyle (BBO# 546512)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED:  February 13, 2004

**CERTIFICATE OF SERVICE**

I certify that on February 13, 2004, a true copy of the above document was sent by first-class
mail, postage prepaid to the following counsel of record:

Christopher S. Williams, Esq.
Williams & O'Leary, LLP
11 Beacon Street – Suite 1100
Boston, MA  02108

*Kathleen M. Guilfoyle*
Kathleen M. Guilfoyle