# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

JOSEPH WALSH,

     Plaintiff,

     v.

                                           CA. NO.04-10304-MBB

KENWORTH TRUCKING CO.

     Defendant.

## *NOTICE*

June 22, 2004

**BOWLER, Ch.U.S.M.J.**

     PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a

**status conference** at **2:30 p.m., Monday, July 19, 2004,** in courtroom # 25 on the 7th floor of

the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                         _____/s/_____
                                       **MARIANNE B. BOWLER**
                                    Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**