UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH W. WALSH,<br>Plaintiff, | )<br>)<br>)<br>) |  |
| vs. | )<br>) | CIVIL ACTION NO. 04-10304-MBB |
| KENWORTH TRUCK COMPANY,<br>Defendant. | )<br>)<br>)<br>)<br>) |  |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

Plaintiff Joseph Walsh ("the plaintiff") and Defendant Kenworth Truck Company ("Kenworth Truck") (collectively referred to as "the parties"), hereby move to continue the Status Conference from July 19, 2004 to August 4, 2004. As grounds for their motion, the parties state that they have not yet had an initial scheduling conference, and due to scheduling and vacation conflicts, the counsel have not yet finalized their automatic disclosure and agreed upon a proposed discovery plan. A continuance of the Status Conference to August 4, 2004 will enable the parties to complete these outstanding items and to present the court with an agreed upon discovery plan.

WHEREFORE, the parties respectfully request that their motion be allowed and that the Status Conference be rescheduled to August 4, 2004 at 2:30 p.m.

| The Plaintiff,<br>JOSEPH W. WALSH,<br><br>By his Attorney,<br><br>*Christopher S. Williams* /s/<br>Christopher S. Williams, BBO# 546411<br>Williams & O'Leary, LLP<br>11 Beacon St. – Suite 1100<br>Boston, MA 02108<br>(617) 303-0909 | The Defendant,<br>KENWORTH TRUCK COMPANY,<br>By its Attorneys,<br>CAMPBELL CAMPBELL EDWARDS<br>& CONROY, P.C.,<br><br>*Kathleen M. Guilfoyle* /s/<br>James M. Campbell, BBO# 541882<br>Kathleen M. Guilfoyle, BBO# 546512<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |
|---|---|

## CERTIFICATE OF SERVICE

I, Richard L. Edwards, hereby certify that on this 7th day of July, 2004, I forwarded a copy of the within document via first class mail, postage prepaid to the following counsel of record:

Christopher S. Williams, Esq.
Williams & O'Leary, LLP
11 Beacon St. – Suite 1100
Boston, MA 02108

*/s/ Richard L. Edwards*
Richard L. Edwards

2