UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH W. WALSH,
    Plaintiff,

vs.

KENWORTH TRUCK COMPANY,
    Defendant.

C.A. NO. 04-10304-MBB

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Plaintiff Joseph W. Walsh ("the plaintiff") and defendant Kenworth Truck Company ("Kenworth") (collectively referred to as "the parties"), submit the following Joint Statement pursuant to Local Rule 16.1(D).

I.    AGREED-UPON DISCOVERY PLAN

The parties agree on the following proposed discovery plan:

1.    The parties will serve their Fed. R. Civ. P. 26(a)(1) disclosure on or before September 3, 2004.

2.    Non-expert discovery to be concluded on or before March 1, 2005. The parties do not anticipate the need to exceed the ten-per-side deposition limit set forth in Local Rule 26.1(c). If the need arises after discovery is commenced, the parties reserve the right to seek the court's approval to exceed the ten-per-side limit.

3.    Depositions noticed pursuant to Fed. R. Civ. P. 30(b)(6) shall be taken in or near the locality where the witness resides or works unless both parties and the witness agree or there is a court order otherwise.

4. Kenworth has the right to conduct an IME of the plaintiff, at its expense, on or before March 1, 2005.

5. Plaintiff must provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) on or before April 29, 2005.

6. Depositions of plaintiff's expert(s) to be conducted on or before May 31, 2005.

7. Defendant must provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) on or before June 30, 2005.

8. Depositions of defendant's expert(s) to be conducted on or before July 29, 2005.

9. With respect to expert depositions, the party noticing the deposition shall be responsible for paying the travel expenses and reasonable fees of the expert for time spent at the deposition pursuant to Fed. R. Civ. P. 26(b)(4). The parties shall be responsible for compensating their own experts for all preparation time.

II. PROPOSED SCHEDULE FOR THE FILING OF MOTIONS

All dispositive motions, including summary judgment motions pursuant to Fed. R. Civ. P. 56, shall be filed on or before June 30, 2005.

III. ADR AND TRIAL BY MAGISTRATE

The parties have been advised of alternative dispute resolution programs in accordance with Local Rule 16.1(D)(3), and they have attached herewith the required statement pursuant to Local Rule 16.1.

| | |
|---|---|
| The Plaintiff,<br>JOSEPH W. WALSH, | The Defendant,<br>KENWORTH TRUCK COMPANY,<br>By its Attorneys, |
| By his Attorney,<br>WILLIAMS & O'LEARY, LLP | CAMPBELL CAMPBELL EDWARDS<br>& CONROY, P.C., |

_____
Christopher S. Williams, BBO# 528465
11 Beacon St. – Suite 1100
Boston, MA  02108
(617) 303-0909

James M. Campbell, BBO# 541882
Kathleen M. Guilfoyle, BBO# 546512
One Constitution Plaza
Boston, MA  02129
(617) 241-3000

3