UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH W. WALSH,<br>    Plaintiff,<br><br>vs.<br><br>KENWORTH TRUCK COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>)    C.A. NO. 04-10304-MBB<br>)<br>)<br>)<br>) |

## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)

Defendant Kenworth Truck Company ("Kenworth") hereby certifies that its authorized representative has conferred with counsel for Kenworth:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

KENWORTH TRUCK COMPANY,
By its Attorneys,

Campbell Campbell Edwards & Conroy
Professional Corporation

_____     _____
James M. Campbell, BBO# 541882        KENWORTH TRUCK COMPANY
Kathleen M. Guilfoyle, BBO# 546512     By: Kenneth R. Brownstein, Esquire
One Constitution Plaza
Boston, MA 02129
(617) 241-3000