UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| JOSEPH W. WALSH,<br>Plaintiff,<br><br>vs.<br><br>KENWORTH TRUCK COMPANY,<br>Defendant. | CIVIL ACTION NO. 04-10304-MBB |

### ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Plaintiff Joseph Walsh ("the plaintiff") and Defendant Kenworth Truck Company ("Kenworth Truck") (collectively referred to as "the parties"), hereby move to continue the Status Conference from December 7, 2004 to January 18, 2005 at 10:00 a.m. As grounds for their motion, the parties state that there is a scheduling conflict on December 7, 2004.

WHEREFORE, the parties respectfully request that their motion be allowed and that the Status Conference be rescheduled to January 18, 2005 at 10:00 a.m.

| | |
|---|---|
| The Plaintiff,<br>JOSEPH W. WALSH,<br><br>By his Attorney, | The Defendant,<br>KENWORTH TRUCK COMPANY,<br>By its Attorneys,<br>CAMPBELL CAMPBELL EDWARDS<br>& CONROY, P.C., |
| /s/ Christopher S. Williams<br>Christopher S. Williams, BBO# 546411<br>Williams & O'Leary, LLP<br>11 Beacon St. – Suite 1100<br>Boston, MA  02108<br>(617) 303-0909 | /s/ Kathleen M. Guilfoyle<br>James M. Campbell, BBO# 541882<br>Kathleen M. Guilfoyle, BBO# 546512<br>One Constitution Plaza<br>Boston, MA  02129<br>(617) 241-3000 |

## CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, hereby certify that on this 3rd day of December, 2004, I forwarded a copy of the within document via first class mail, postage prepaid, to the following counsel of record:

Christopher S. Williams, Esq.
Williams & O'Leary, LLP
11 Beacon St. – Suite 1100
Boston, MA  02108

                                        /s/ Kathleen M. Guilfoyle
                                        Kathleen M. Guilfoyle