UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH W. WALSH,<br>    Plaintiff,<br><br>vs.<br><br>KENWORTH TRUCK COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>)   C.A. NO. 04-10304-MBB<br>)<br>)<br>)<br>) |

### AMENDED JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Plaintiff Joseph W. Walsh ("the plaintiff") and defendant Kenworth Truck Company ("Kenworth") (collectively referred to as "the parties"), submit the following Amended Joint Statement pursuant to Local Rule 16.1(D).

**I.   AGREED-UPON DISCOVERY PLAN**

The parties agree on the following proposed discovery plan:

1.   The parties will serve their Fed. R. Civ. P. 26(a)(1) disclosure on or before March 1, 2005.

2.   Non-expert discovery to be concluded on or before August 1, 2005. The parties do not anticipate the need to exceed the ten-per-side deposition limit set forth in Local Rule 26.1(c). If the need arises after discovery is commenced, the parties reserve the right to seek the court's approval to exceed the ten-per-side limit.

3.   Depositions noticed pursuant to Fed. R. Civ. P. 30(b)(6) shall be taken in or near the locality where the witness resides or works unless both parties and the witness agree or there is a court order otherwise.

4. Kenworth has the right to conduct an IME of the plaintiff, at its expense, on or before August 1, 2005.

5. Plaintiff must provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) on or before September 30, 2005.

6. Depositions of plaintiff's expert(s) to be conducted on or before October 31, 2005.

7. Defendant must provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) on or before November 30, 2005.

8. Depositions of defendant's expert(s) to be conducted on or before December 31, 2005.

9. With respect to expert depositions, the party noticing the deposition shall be responsible for paying the travel expenses and reasonable fees of the expert for time spent at the deposition pursuant to Fed. R. Civ. P. 26(b)(4). The parties shall be responsible for compensating their own experts for all preparation time.

**II.    PROPOSED SCHEDULE FOR THE FILING OF MOTIONS**

All dispositive motions, including summary judgment motions pursuant to Fed. R. Civ. P. 56, shall be filed on or before January 31, 2006.

**III.   ADR AND TRIAL BY MAGISTRATE**

The parties have been advised of alternative dispute resolution programs in accordance with Local Rule 16.1(D)(3), and they have attached herewith the required statement pursuant to Local Rule 16.1.

| | |
|---|---|
| Plaintiff,<br>By his Attorneys,<br>WILLIAMS & O'LEARY, LLP | Defendant,<br>By its Attorneys,<br>CAMPBELL CAMPBELL EDWARDS<br>& CONROY, P.C., |
| _____<br>Christopher S. Williams, BBO# 528465<br>11 Beacon Street, Suite 1100<br>Boston, MA 02108<br>(617) 303-0909 | _____<br>Kathleen M. Guilfoyle, BBO# 546512<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |