UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPH W. WALSH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | C.A. NO. 04-10304-MBB |
| | ) | |
| KENWORTH TRUCK COMPANY, | ) | |
| Defendant. | ) | |

## MOTION TO CHANGE NAME OF DEFENDANT (ASSENTED TO)

Now comes the plaintiff in the above matter and hereby moves this Honorable Court to change the name of the Defendant to "PACCAR, Inc." As grounds therefor, plaintiff states that defendant has notified plaintiff and has agreed that the correct and proper name of the defendant and manufacturer of the truck at issue in this action is PACCAR, Inc.

WHEREFORE plaintiff moves that the name of the defendant herein be changed to PACCAR, Inc.

Assented to:

Plaintiff,
By his attorneys,
WILLIAMS & O'LEARY, LLP

Kathleen M. Guilfoyle
BBO# 546512
Campbell. Campbell, Edwards &
Conroy, P.C.
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

Christopher S. Williams
BBO# 528465
11 Beacon Street, Suite 1100
Boston, MA 02108
(617) 303-0909

Dated: 01/18/05