UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| JOSEPH W. WALSH,<br>　　　Plaintiff,<br><br>vs.<br><br><br>PACCAR, Inc.,<br>　　　Defendant. | CIVIL ACTION NO. 04-10304-MBB |

### ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Defendant PACCAR, Inc. ("the defendant") hereby moves to continue the Status Conference from May 12, 2005 to May 26, 2005 at 2:30 p.m. As grounds for its motion, the defendant states that:

　　1.　Counsel for defendant had a conflict with the scheduled date and time for the conference.

　　2.　The plaintiff has assented to this motion.

WHEREFORE, the defendant respectfully requests that its motion be allowed and that the Status Conference be rescheduled to May 26, 2005 at 2:30 p.m.

| | |
|---|---|
| The Plaintiff,<br>JOSEPH W. WALSH, | The Defendant,<br>PACCAR, Inc., |
| By his attorneys,<br>WILLIAMS & O'LEARY, LLP | By its attorneys,<br>CAMPBELL, CAMPBELL EDWARDS & CONROY,<br>PROFESSIONAL CORPORATION |
| */s/ Christopher S. Williams<br>Christopher S. Williams<br>11 Beacon St – Suite 1100<br>Boston, MA 02108<br>(617) 303-0909 | /s/ Kathleen M. Guilfoyle<br>James M. Campbell (BBO #541882)<br>Kathleen M. Guilfoyle (BBO #546512)<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

Dated: May 11, 2005
* By Ms. Guilfoyle, per May 11 authorization of Mr. Williams.

CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, hereby certify that on this 11th day of May, 2005, I forwarded a copy of the within document via first class mail, postage prepaid to the following counsel of record:

Christopher S. Williams, Esq.
Williams & O'Leary, LLP
11 Beacon St. – Suite 1100
Boston, MA 02108

/s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle