UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| JOSEPH W. WALSH, <br>     Plaintiff, <br><br> vs. <br><br><br> PACCAR INC, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )   CIVIL ACTION NO.  04-10304-MBB <br> ) <br> ) <br> ) <br> ) |

## ASSENTED-TO  MOTION TO CONTINUE STATUS CONFERENCE

Defendant PACCAR Inc ("PACCAR") and plaintiff Joseph Walsh ("the plaintiff") (collectively referred to as "the parties"), hereby move to continue the Status Conference currently scheduled for September 6, 2005 at 2:30 pm.  As grounds for their motion, counsel for PACCAR is going to be out of town visiting a terminally ill relative between September 1st and September 6th and returning to the office on September 7th.

WHEREFORE, the parties respectfully request that their motion be allowed and that the Status Conference currently scheduled for September 6th be continued.

The Plaintiff,
JOSEPH W. WALSH,

By his Attorney,


/s/ Christopher S. Williams
Christopher S. Williams, BBO# 546411
Williams & Associates
11 Beacon St. – Suite 1100
Boston, MA  02108
(617) 303-0909

The Defendant,
PACCAR INC,
By its Attorneys,
CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.,


/s/ Kathleen M. Guilfoyle
James M. Campbell, BBO# 541882
Kathleen M. Guilfoyle, BBO# 546512
One Constitution Plaza
Boston, MA  02129
(617) 241-3000

<u>CERTIFICATE OF SERVICE</u>

I, Kathleen M. Guilfoyle, hereby certify that on this 29th day of August, 2005, I forwarded a copy of the within document via first class mail, postage prepaid, to the following counsel of record:

Christopher S. Williams, Esq.
Williams & Associates
11 Beacon St. – Suite 1100
Boston, MA  02108

/s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle