UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | | |
|---|---|---|
| JOSEPH W. WALSH,<br>      Plaintiff, | )<br>)<br>) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.  04-10304-MBB |
| | ) | |
| | ) | |
| PACCAR INC,<br>      Defendant. | )<br>) | |
| | ) | |

## JOINT MOTION TO ADJUST DISCOVERY DEADLINES

Defendant PACCAR Inc ("PACCAR") and plaintiff Joseph Walsh ("the plaintiff") (collectively referred to as "the parties"), jointly move to adjust the current discovery deadlines.  The proposed adjustment, which is set forth below, will not impact the current deadline of January 31, 2006 for filing dispositive motions.  As grounds for their motion, the parties state that although they are working diligently to complete their fact discovery, additional fact discovery remains to be completed.    As further grounds for their motion, the parties state as follows:

1.    This is a personal injury action in which the plaintiff alleges that he sustained serious burn injuries which operating a truck manufactured by Kenworth Truck Company, an unincorporated division of PACCAR.

2.    On January 18, 2005, the Court adopted the parties request to amend their discovery plan.  Although the current scheduling order called for the completion of fact discovery by August 1, 2005, the parties understood or misunderstood that they could have until the end of August to complete fact discovery as a further status conference was

not going to be held until September 6, 2005. The scheduling order further called for staggered expert discovery and a January 31, 2006 deadline for filing dispositive motions.

3.    While the parties have made a good faith and diligent effort to complete their factual discovery, additional discovery remains to be completed and the parties anticipate that they will need an additional sixty days to complete the discovery. In order to accommodate the parties' need to complete additional fact discovery and the Court's need to keep this case on track, the parties seek the Court's approval to adjust the current deadlines. Specifically, the parties request that the fact discovery deadline be extended and the expert discovery deadline be shortened as follows:

(a)    Completion of fact discovery – October 31, 2005;

(b)    Plaintiff must provide the expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2) – November 30, 2005;

(c).    Defendant must provide the expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2) – December 31, 2006;

(d).    The deposition of the parties' experts will be completed by January 31, 2006. The parties agree to make their experts available as soon as possible after the expert disclosure is served and the plaintiff agrees to produce his expert(s) for deposition in advance of taking the deposition of defendant's expert(s) unless the parties agree otherwise.

4.    The requested adjustment in the scheduling deadlines will not delay the case as the current deadline of January 31, 2006 for the filing of dispositive motions will not be extended. The parties state that it is in the interests of justice that their motion be allowed and that they will not seek any further extensions of these deadlines.

WHEREFORE, the parties respectfully request that their motion be allowed and that their proposed discovery deadlines be adjusted by the Court.

| The Plaintiff,<br>JOSEPH W. WALSH,<br><br>By his Attorney, | The Defendant,<br>PACCAR INC,<br>By its Attorneys,<br>CAMPBELL CAMPBELL EDWARDS<br>& CONROY, P.C., |
|---|---|
| /s/ Christopher S. Williams<br>Christopher S. Williams, BBO# 546411<br>Williams & Associates<br>11 Beacon St. – Suite 1100<br>Boston, MA  02108<br>(617) 303-0909 | /s/ Kathleen M. Guilfoyle<br>James M. Campbell, BBO# 541882<br>Kathleen M. Guilfoyle, BBO# 546512<br>One Constitution Plaza<br>Boston, MA  02129<br>(617) 241-3000 |

## CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, hereby certify that on this 29th day of August, 2005, I forwarded a copy of the within document via first class mail, postage prepaid, to the following counsel of record:

Christopher S. Williams, Esq.
Williams & Associates
11 Beacon St. – Suite 1100
Boston, MA  02108

/s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle