UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joseph Walsh
    Plaintiff

V.   CIVIL CASE NO.  04-10304

PACCAR, Inc.
    Defendant

## NOTICE AND ORDER

Bowler, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for a mediation hearing on April 13, 2006 at 10:00 A.M. before Magistrate Judge Marianne B. Bowler in Courtroom # 25.

All parties with binding authority are required to attend, leave of Court is required for any exceptions. All confidential mediation briefs are required to be submitted to the court via Facsimile at (617) 204-5833 at least 48 hours prior to the hearing.

SARAH A. THORNTON,
CLERK OF COURT

2/6/2006                By: /s/ Marc K. Duffy
   Date                         Deputy Clerk

(ADR NOTICE.wpd - 3/7/2005)