UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH W. WALSH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PACCAR, INC., )<br>)<br>Defendant. )<br>) | C.A. NO. 04-10304-MBB |

**JOINT MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE
AND THE TRIAL BY NINETY DAYS**

Defendant PACCAR, Inc. ("PACCAR") and plaintiff Joseph Walsh ("the plaintiff") (collectively referred to as "the parties") jointly move to continue, for ninety (90) days, both the pretrial conference scheduled for July 18, 2006 and the trial scheduled for July 31, 2006. As grounds therefore, the parties state that they need additional time for the plaintiff to determine whether he is going to dismiss the warranty claim and that there is a conflict with a previously scheduled vacation to Europe by defendant's trial counsel and his family. As further grounds for their motion, the parties state as follows:

1. This is a negligence and breach of warranty action which arises out of an accident which allegedly occurred on June 28, 2002 ("the accident") while the plaintiff was operating his 1988 Kenworth Model K100E truck ("the truck"). Specifically, the plaintiff alleges that he sustained a burn injury to his right lower leg when radiator fluid began to "spew" from one of the hoses in the rear of the truck.

2. The parties unsuccessfully mediated the case before Magistrate Judge Bowler on April 13, 2006. Immediately following the conclusion of the mediation, the

Court scheduled a final pretrial conference and a trial date. At that time, counsel for PACCAR, informed the court that there might be a scheduling conflict and that she would notify the Court if that were the case. Since the mediation, counsel for both parties have had continued discussions regarding the potential settlement of the case as well as regarding whether the plaintiff was willing to dismiss the breach of warranty claim. It now appears unlikely that the case will settle short of trial and the parties request that the trial date be adjusted to take into account trial counsel for PACCAR's previously scheduled vacation in Europe.

3. In addition, plaintiff's counsel is expecting to receive the final decision from the plaintiff regarding whether he will dismiss the warranty claims. The dismissal of the warranty claims will, in turn, impact whether the plaintiff and PACCAR name liability experts. The plaintiff's counsel has been diligently trying to reach that decision with his client and he anticipates being able to make that decision within the next two weeks.

4. Trial counsel have checked their calendars and they are available to try the case beginning on October 30, 2006.

5. The parties state that there is just cause for the requested continuance and that they do not anticipate requesting any further continuances from the Court.

2

WHEREFORE, the parties respectfully request that their motion to continue be allowed and that the Court continue the trial to October 30, 2006 and the final pretrial to a reasonably convenient date prior.

| | |
|---|---|
| The Plaintiff,<br>JOSEPH W. WALSH,<br><br>By his Attorney, | The Defendant,<br>PACCAR INC,<br>By its Attorneys,<br>CAMPBELL CAMPBELL EDWARDS<br>& CONROY, P.C., |
| /s/ Christopher S. Williams<br>Christopher S. Williams, BBO# 546411<br>Williams & Associates<br>11 Beacon St. – Suite 1100<br>Boston, MA 02108<br>(617) 303-0909 | /s/ Kathleen M. Guilfoyle<br>James M. Campbell, BBO# 541882<br>Kathleen M. Guilfoyle, BBO# 546512<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, hereby certify that on June 12, 2006, I electronically filed the foregoing Joint Motion to Continue Final Pretrial Conference and the Trial by Ninety Days with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

/s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle, Esq.
CAMPBELL CAMPBELL
 EDWARDS & CONROY, PC
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000

3