# EXHIBIT
# B



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH W. WALSH, | * | |
| Plaintiff, | * | |
|  | * | CIVIL ACTION NO. |
| v. | * | 04-10304-MBB |
|  | * | |
| PACCAR, INC., | * | |
| Defendant. | * | |
|  | * | |

## PACCAR INC.'S PROPOSED VOIR DIRE QUESTIONS

PACCAR Inc., respectfully requests the following *voir dire* questions be posed to the prospective jurors:

1. Have you heard of this case?

2. Do you know, either personally or by reputation, any of the lawyers representing either party to this action: Christopher Williams, James Campbell, or Kathleen Guilfoyle?

3. Do you know, either personally or by reputation, any of the witnesses to be called by either party to this action?

4. Do you or your family members know Joseph Walsh or his family members?

5. Do you or any of your immediate family members know anyone currently or formerly employed by PACCAR Inc. or Kenworth Truck Company?

6. Have you or anyone in your family ever owned a Kenworth truck, or a large commercial truck of any make or model?

7. Have you or any member of your family been a party to a personal injury lawsuit or claim against another person, corporation, or other entity?

8. Have you or any member of your family ever had an experience with a consumer product or its manufacturer that would prevent you from listening to the evidence in this case with a fair and open mind?

9. Do you believe that because Mr. Walsh was injured as a result of an incident in June 2002 and has filed a lawsuit, he is entitled to receive some amount of money, regardless of the amount?

10. Do you believe that simply because an accident occurs involving a product, the manufacturer or distributor of the product must be held responsible for the accident?

11. Will the fact that the defendant is a corporation affect your ability to sit as an impartial juror throughout all of the testimony and jury deliberations?

12. Have you or anyone in your family ever sustained a serious personal injury of any kind?

13. Have you or anyone in your family ever sustained a serious burn of any kind as a result of an accident?

14. Have you or anyone in your family ever been injured while operating or servicing a Kenworth truck, or a large commercial truck of any make or model?

15. Have you or anyone in your family ever been injured as a result of an accident involving an Arctic Fox heater?

16. Have you or any member of your family ever been called as a witness to testify in a lawsuit involving personal injuries or damages?

17. Have you or any member of your family ever been a juror in a lawsuit involving personal injuries or damages?

18. Do you have any strong opinions about our Civil Jury System?

19. Do you have any specialized education, training, or work experience with respect to the design, manufacture or maintenance of commercial trucks?

Respectfully Submitted,
**PACCAR Inc.**
By its attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

   /s/ Kathleen M. Guilfoyle
James M. Campbell, BBO# 541882
Kathleen M. Guilfoyle, BBO# 546512
One Constitution Plaza, Third Floor
Boston, MA 02129
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
kguilfoyle@campbell-trial-lawyers.com

2