UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH W. WALSH, | ) |
| Plaintiff, | ) |
| v. | ) C.A. NO. 04-10304-MBB |
| PACCAR, INC., | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

I, Kiley M. Belliveau, of Campbell Campbell Edwards & Conroy, P.C., hereby enter my appearance on behalf of the defendant, PACCAR, Inc., in the above captioned matter.

**PACCAR, Inc.**
By its attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

/s/ Kiley M. Belliveau
James M. Campbell, BBO# 541882
Kathleen M. Guilfoyle, BBO# 546512
Kiley M. Belliveau, BBO# 661328
One Constitution Plaza, Third Floor
Boston, MA 02129
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
kguilfoyle@campbell-trial-lawyers.com
kbelliveau@campbell-tiral-lawyers.com

## **CERTIFICATE OF SERVICE**

      I, Kiley M. Belliveau, of Campbell Campbell Edwards & Conroy, PC, attorney for PACCAR, Inc., hereby certify that a true copy of the above document was served upon the following counsel of record for the plaintiff by means of the CM/ECF system on March 1, 2007:

Christopher S. Williams
Williams & O'Leary, LLP
11 Beacon St – Suite 1100
Boston, MA  02108

                                /s/  Kiley M. Belliveau   _____