**SUPPLEMENT B**

NOTE:

Supplement "A," *Deposition Transcript of Richard I. Sedgley*, has been filed via Federal Express with the Civil Clerk's Office at the United States District Court for the District of Massachusetts.