# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH W. WALSH,  )
    Plaintiff,  )
  )
V.  )  C.A. NO. 04-10304-MBB
  )
KENWORTH TRUCK COMPANY,  )
    Defendant.  )

## PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)

Now comes the plaintiff in the above matter and hereby makes the following initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1):

(A) Those likely to have discoverable information:

    1. Joseph W. Walsh, 13625 S.W. 196th Street, Miami, FL;

    2. Patricia Walsh, 13625 S.W. 196th Street, Miami, FL;

    3. Doctors and Staff at Bridgeport Hospital, Bridgeport, CT;

    4. Doctors and Staff at Jackson South Hospital, Miami, FL; and,

    5. Designers, engineers and employees of defendant involved in the design and manufacture of the truck at issue herein.

(B) Documents:

    1. Medical records and bills from Bridgeport Hospital, Bridgeport, CT (already provided to defendant);

    2. Medical records and bills from Jackson South Hospital, Miami, FL (not in plaintiff's possession, still trying to obtain);

    3. Copies of photographs of truck (already provided to defendant);

(C) Computation of Damages:

1. Medical Bills (already provided to defendant):

   A. Bridgeport Hospital           $37,946.89

   B. Jackson South Hosp.           $    175.00

           TOTAL:                   $38,121.89

2. Lost Earnings:

   A. Incomplete at this time.

                    Plaintiff,
                    By his attorneys,
                    WILLIAMS & O'LEARY, LLP

                    _____
                    Christopher S. Williams
                    BBO# 528465
                    11 Beacon Street, Suite 1100
                    Boston, MA 02108
                    (617) 303-0909

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on __10-18-04__

2