# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| JOSEPH W. WALSH,<br>Plaintiff,<br><br>vs.<br><br>PACCAR INC,<br>Defendant. | CIVIL ACTION NO.  04-10304-MBB |

**DEFENDANT PACCAR INC'S FIRST SET OF REQUESTS FOR
THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS
TO THE PLAINTIFF JOSEPH W. WALSH PURSUANT TO FED. R. CIV. P. 34**

Pursuant to Fed. R. Civ. P. 34, the defendant, PACCAR Inc ("PACCAR"), requests that the plaintiff, Joseph Walsh ("Walsh") produce the following documents and tangible things for inspection and copying within 30 days from the date of service of the requests.

NOTE

The plaintiff is reminded of his legal obligation to produce not only documents within his possession and the possession of his attorney, but also, documents within his control. With respect to Paragraph #'s 6-8 and 41-45 of his request, it will be satisfactory to PACCAR if the plaintiff produces the requested document to PACCAR or if he delivers to defense counsel signed and dated authorizations (in the form attached hereto) for release of records, directed specifically to each custodian of requested records, sufficient in form and substance to permit defense counsel to obtain copies of the records directly from their custodians upon payment of a reasonable copying charge.

## DEFINITIONS

A. The "truck" shall mean the 1988 Kenworth K100E as referenced in the Complaint.

B. The "accident" shall mean the June 28, 2002 incident involving the truck which is referred to in Paragraph 4 of the Complaint.

C. "You" or "your" shall refer to plaintiff Joseph Walsh.

D. "Person" shall include not only natural persons but also corporations, partnerships, other business entities, government agencies, unions, and other unincorporated associations.

## REQUESTS FOR PRODUCTION

### REQUEST NO. 1

All repair orders, invoices, work orders, parts lists and other documents pertaining to repair, servicing and maintenance performed on the truck at any time.

### REQUEST NO. 2

All documents generated as the result of the purchase and/or sale of the truck by the plaintiff and/or other persons.

### REQUEST NO. 3

All police, Registry of Motor Vehicles, and other governmental agency reports relative to the accident.

### REQUEST NO. 4

All photographs and/or videotapes of the truck taken prior to the accident.

### REQUEST NO. 5

Any medical records generated subsequent to the accident.

### REQUEST NO. 6

Any X-rays or CT Scan films taken subsequent to the accident.

2

REQUEST NO. 7

All ambulance reports relative to the accident.

REQUEST NO. 8

Any medical records generated between January 1, 1995 and the date of the accident.

REQUEST NO. 9

The owner's manual and any other instructional materials for the truck.

REQUEST NO. 10

All applications made to insurance companies or to governmental agencies for benefits by you, or on your behalf.

REQUEST NO. 11

All correspondence between you (or persons acting on your behalf) and Kenworth or PACCAR (or persons acting on their behalf).

REQUEST NO. 12

All written or recorded statements (except documents prepared by or for you in connection with this litigation) relative to the truck, the accident and/or any alleged injuries and damages.

REQUEST NO. 13

All documents (except documents prepared by or for you in connection with this litigation) that identify prior owners and/or possessors of the truck.

REQUEST NO. 14

All documents which constitute statements by or attributable to PACCAR or Kenworth concerning this action or its subject matter.

REQUEST NO. 15

All documents authored by PACCAR or Kenworth or that are attributable to PACCAR or Kenworth concerning this action or its subject matter.

REQUEST NO. 16

Any pleadings, discovery responses and deposition transcripts attributable to PACCAR or Kenworth, their officers, agents or employees, and generated in connection with litigation other than this litigation which you contend are relevant to this action or its subject matter.

REQUEST NO. 17

The title and registration for the truck.

REQUEST NO. 18

All reports, documents, correspondence, photographs and/or videotapes of the accident prepared by any local and/or state police department.

REQUEST NO. 19

All reports, documents, correspondence, photographs and/or videotapes of the accident prepared by any fire department.

REQUEST NO. 20

All documents which describe the particular purpose for which the truck was purchased and the communications with PACCAR or Kenworth regarding same.

REQUEST NO. 21

All documents (other than those prepared by you or on your behalf in connection with this litigation) on which you rely to support your contention that the truck was defective and/or that PACCAR or Kenworth was negligent.

REQUEST NO. 22

All documents (other than those prepared by you or on your behalf in connection with this litigation) on which you rely to support your contention that PACCAR or Kenworth breached warranties.

REQUEST NO. 23

Regulations, standards, recommended practices, statutes and/or other rules which you contend were violated by PACCAR or Kenworth in connection with this case.

REQUEST NO. 24

Documents which describe and/or identify alternative designs for the truck which you contend would have prevented the accident and/or the injuries to the plaintiff.

4

REQUEST NO. 25

Documents generated and/or compiled by the federal government and/or its agencies which you contend are relevant to the alleged defects in the truck.

REQUEST NO. 26

Recall notices which you contend are relevant to your allegations in this case.

REQUEST NO. 27

Reports, notes and other documents authored by persons who inspected the truck after the accident on your behalf.

REQUEST NO. 28

The truck.

REQUEST NO. 29

The hot water hose which allegedly burst causing injury to the plaintiff, which is referenced in Paragraph 4 of the Complaint.

REQUEST NO. 30

All component parts of the truck.

REQUEST NO. 31

All tangible things that were in, on or attached to the truck at the time of the accident.

REQUEST NO. 32

All documents reflecting any payments made to you as a result of the accident.

REQUEST NO. 33

All documents reflecting any payments made to any other party as a result of the accident.

REQUEST NO. 34

All bills, statements of account, invoices, canceled checks or other documents that evidence losses and/or special damages for which you seek recovery in this litigation.

REQUEST NO. 35

All photographs and/or videotapes of the truck taken after the accident.

REQUEST NO. 36

All photographs and/or videotapes of component parts of the truck.

REQUEST NO. 37

All photographs and/or videotapes of the scene of the accident.

REQUEST NO. 38

All photographs and/or videotapes taken before the truck involved in the accident was removed from the scene.

REQUEST NO. 39

All newspaper articles regarding the accident.

REQUEST NO. 40

Copies of all notices, correspondence, and other documents by means of which you or persons acting on your behalf notified PACCAR or Kenworth of any alleged defect in the truck or any alleged breach of warranty with respect to the truck.

REQUEST NO. 41

All records relative to the plaintiff maintained by educational institutions he has attended.

REQUEST NO. 42

All records maintained by the Department of Industrial Accidents and generated in connection with claims asserted, at any time, by the plaintiff for worker's compensation benefits arising out of workplace injuries.

REQUEST NO. 43

All records relative to the plaintiff maintained by his current employer, including without limitation, his employment application and related materials, the content of his personnel file, his payroll records, all records of training he received, all records relative to fringe benefits, his attendance records, all records of physical examinations and medical certifications, and all records relative to work related injuries.

REQUEST NO. 44

All records relative to the plaintiff maintained by persons other than his current employer by whom he has been employed at any time since January 1, 1995.

REQUEST NO. 45

Copies of the plaintiff's federal income tax returns, as well as all associated W-2 Forms, for the calendar years 1998 through 2004.

>PACCAR INC,
>
>By its attorneys,
>CAMPBELL CAMPBELL EDWARDS
>& CONROY, P.C.,
>
>*/s/ Kathleen M. Guilfoyle*
>James M. Campbell, BBO# 541882
>Kathleen M. Guilfoyle, BBO# 546512
>One Constitution Plaza
>Boston, MA 02129
>(617) 241-3000

CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, counsel for PACCAR Inc, hereby certify that I have this 31st day of August, 2005, forwarded copy of the within document, via first class mail, postage prepaid, to the following counsel of record:

Chris Williams
Williams & Associates
11 Beacon Street, Suite 1100
Boston, MA 02108

*/s/ Kathleen M. Guilfoyle*
Kathleen M. Guilfoyle

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

I hereby authorize _____ to use or disclose the
(name of hospital/physician)
following protected information from the records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

- Patient Name:      Joseph Walsh
- Date of Birth:     ███████
- Social Security:   ███████
- Address:           13625 South West 196th Street
  _____Miami_____FL_____33177_____
                    City                     State                Zip

- Information to be disclosed to:   Kathleen M. Guilfoyle, Esq.  Campbell Campbell Edwards & Conroy, P.C
                                    Name
  __1 Constitution Pl. 3rd Fl.___        Boston              MA              02129
  Address                                      City                State            Zip

- Disclose the following information for treatment dates:     January 1, 1995 to present
  (circle appropriate categories)

  | | |
  |---|---|
  | Complete Records | X-Ray |
  | Abstract | Laboratory |
  | Face Sheet | Pathology |
  | Discharge Summary | Physical Therapy |
  | History and Physical | Emergency Reports |
  | Consult | Other specified _____ |
  | Outpatient Reports | |

5. The above information is disclosed for the following purposes: (circle appropriate categories)

   Medical Care    Legal    Insurance    Personal    At request of the individual    Other _____

- I understand that I may revoke authorization at any time by requesting such of the above referenced hospital or physician practice in writing unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization expires on [upon]   __completion of litigation__   .

8. I further authorize you to accept either an original or a photostatic copy of this authorization, each having the same full force and effect as if it were itself the original.

9. _____        10. _____
   Signature of Patient or Legal Representative        Date

   _____        11. _____
   Printed name of patient                  Relationship to patient or
   or patient's representative              authority to act for patient

**IMPORTANT: THIS AUTHORIZATION SHALL BE DEEMED INVALID UNLESS ALL NUMBERED ENTRIES ARE COMPLETED**

## AUTHORIZATION TO USE OR DISCLOSE PSYCHOTHERAPY RECORDS

I hereby authorize _____ to use or disclose the
                         (name of hospital/physician)
following protected information from the records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

- **Patient Name:**     Joseph Walsh
  **Date of Birth:**    ▬▬▬▬▬▬
  **Social Security:**  ▬▬▬▬▬ 9
  **Address:**          13625 South West 196th Street
  _____   Miami           FL           33177
                      City           State        Zip

- **Information to be disclosed to:** Kathleen M. Guilfoyle, Esq. Campbell Campbell Edwards & Conroy, P.C
                                       Name

  1 Constitution Plaza, 3rd Floor         Boston                MA     02129
  Address                                 City                  State  Zip

- Disclose psychotherapy notes and records for treatment dates:   January 1, 1995 to present

- The above information is disclosed for the following purposes: (circle appropriate categories)

  Medical Care    Legal    Insurance    Personal    At request of the individual    Other _____

- I understand that I may revoke authorization at any time by requesting such of the above referenced hospital or physician practice in writing unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization expires on [upon] completion of litigation.

8. I further authorize you to accept either an original or a photostatic copy of this authorization, each having the same full force and effect as if it were itself the original.

9. _____        10. _____
   Signature of Patient or Legal Representative    Date

   _____        11. _____
   Printed name of patient                        Relationship to patient or
   or patient's representative                    authority to act for patient

**IMPORTANT: THIS AUTHORIZATION SHALL BE DEEMED INVALID UNLESS ALL NUMBERED ENTRIES ARE COMPLETED**

## AUTHORIZATION FOR THE RELEASE OF EMPLOYMENT RECORDS

TO:

I, __Joseph Walsh____, hereby authorize you to release to **Kathleen M. Guilfoyle** of **Campbell Campbell Edwards & Conroy, Professional Corporation**, or to their duly designated agent, any and all of my documents which refer to or relate to or comment on my previous and current employment, including, but not limited to, my entire employment file, my rate of pay, dates of attendance, dates of employment, insurance coverage, educational background, benefits, medical condition, records of physical examination, training and job related education, job evaluations and reviews, and documents concerning termination of employment. I further authorize you to accept either the original or a photostatic copy of this authorization. This authorization does not expire until expressly withdrawn by the undersigned.

_____

DOB: ▓▓▓▓▓▓
SS#: ▓▓▓▓▓▓                                                            DATE:

# AUTHORIZATION FOR THE RELEASE OF EDUCATIONAL RECORDS

TO:

I, __Joseph Walsh__, hereby authorize you to release to **Kathleen M. Guilfoyle** of **Campbell Campbell Edwards & Conroy, Professional Corporation**, or to their duly designated agent, any and all of my documents which refer to or relate to or comment on my previous and current education, including, but not limited to, admission records, testing records, medical examinations, medical histories, transcripts, correspondence, memoranda, areas of study, disciplinary records, athletic participation records, and scholastic achievement awards. I further authorize you to accept either the original or a photostatic copy of this authorization. This authorization does not expire until expressly withdrawn by the undersigned.

_____

DOB: ▮▮▮▮
SS#: ▮▮▮▮

DATE:

| Form **4506** (Rev. July 2005) Department of the Treasury Internal Revenue Service | **Request for Copy of Tax Return** ▶ Do not sign this form unless all applicable lines have been completed. Read the instructions on page 2. ▶ Request may be rejected if the form is incomplete, illegible, or any required line was blank at the time of signature. | OMB No. 1545-0429 |
|---|---|---|

**Tip:** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T**, Request for Transcript of Tax Return, or you can call 1-800-829-1040 to order a transcript.

**1a** Name shown on tax return. If a joint return, enter the name shown first.
   Joseph Walsh

**1b** First social security number on tax return or employer identification number (see instructions)
   [redacted]

**2a** If a joint return, enter spouse's name shown on tax return

**2b** Second social security number if joint tax return

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code
   13625 South West 196th Street
   Miami, FL 33177

**4** Previous address shown on the last return filed if different from line 3

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.
   Kathleen M. Guilfoyle
   Campbell Campbell Edwards & Conroy, PC
   One Constitution Plaza, Third Floor, Boston, MA 02129

**Caution:** If a third party requires you to complete Form 4506, **do not** sign Form 4506 if lines 6 and 7 are blank.

**6** **Tax return requested** (Form 1040, 1120, 941, etc.) and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ _____1040_____
   **Note.** If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . . . ☑

**7** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

   12 / 31 / 2004    12 / 31 / 2003    12 / 31 / 2002    12 / 31 / 2001

   12 / 31 / 2000    12 / 31 / 1999    12 / 31 / 1998         /    /

**8** Fee. There is a $39 fee for each return requested. **Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.**

   **a** Cost for each return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ 39.00
   **b** Number of returns requested on line 7 . . . . . . . . . . . . . . . . . . . . . . .
   **c** Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . . . . . . . . .  $

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . ☐

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer.

Telephone number of taxpayer on line 1a or 2a
(    )

**Sign Here**
▶ Signature (see instructions)                Date
▶ Title (if line 1a above is a corporation, partnership, estate, or trust)
▶ Spouse's signature                           Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**    Cat. No. 41721E    Form **4506** (Rev. 7-2005)