CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115



KATHLEEN M. GUILFOYLE
(617) 241-3109

February 23, 2007

<u>Via Electronic Mail and Regular Mail</u>

Christopher S. Williams, Esq.
Williams & Associates
11 Beacon Street, Suite 1100
Boston, MA 02108

    Re:   <u>Joseph Walsh v. PACCAR, Inc.,
            C.A. No. 04-10304-MBB</u>

Dear Chris:

    I am writing to you regarding significant modifications that have been made to the subject truck following the accident. In many cases, some of these modifications were made after my initial inspection in February 2005 and prior to Mr. Howerton's inspection in February 2007. Specifically, in addition to the section of the hose that was thrown away, the following components to the truck have been discarded or modified:

(1) portions of the rear decking which he maintains were on the truck at the time of the accident were discarded;

(2) the condition of the rear of the cab has been significantly altered since January, 2003 in that the tire (without a rim) which was attached to various components in the rear of the truck via bungee cords, was discarded;

(3) the brackets which your client testified that he placed the hosetenna on following the accident has been removed from the left frame rail, and the bolts which were used to fasten the bracket have been shaved off;

(4) the bracket which was on the right frame rail has also been removed, discarded, and the bolts which were used to fasten on the bracket have been shaved off;

(5) the hosetenna has been moved to the right side of the uppermost cross member;

(6) the plug on the hosetenna bracket has been removed;

(7) the rear of the cab was polished and rust removed from various locations so that it does not at all resemble the condition of these parts at the time of the accident in June, 2002 or in January, 2003;