**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION



ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

KATHLEEN M. GUILFOYLE
(617) 241-3109

September 15, 2006

Christopher S. Williams, Esquire
Williams & Associates
11 Beacon St – Suite 1100
Boston, MA 02108

RE: Joseph Walsh v. Kenworth Truck Company.
<u>Civil Action No.: 04-10304-MBB</u>

Dear Chris:

Please let me know the status of your efforts to obtain the documents that your client testified he had pertinent to the subject truck including the log, reports of inspections, and the title indicating the name of the private seller. PACCAR still intends to call Bill Howerton as an expert, notwithstanding your client's agreement to dismiss the warranty claims. I had previously provided you with the background information for Mr. Howerton, but want to wait until we receive these long awaited documents before finalizing any report. Please let me know if you have any objection to this extension as if you do, I will seek formal approval from the court.

Please also let me know whether your client intends to call an expert in this case.

I look forward to hearing from you.

Very truly yours,

Kathleen M. Guilfoyle

KMG:ms

CONNECTICUT • MAINE • MASSACHUSETTS • NEW HAMPSHIRE • NEW JERSEY • PENNSYLVANIA • RHODE ISLAND