# EXHIBIT A

# To Plaintiff's Motion In Limine

**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115


KATHLEEN M. GUILFOYLE
(617) 241-3109

June 12, 2006

Christopher S. Williams, Esquire
Williams & Associates
11 Beacon St – Suite 1100
Boston, MA 02108

RE: Joseph Walsh v. Kenworth Truck Company.
Civil Action No.: 04-10304-MBB

Dear Chris:

Thank you for agreeing to file the joint motion to continue the trial and final pretrial in this action. I am writing to you regarding the upcoming expert witness deadline which the parties had previously agreed to extend. PACCAR intends to call William Howerton of Scientific Boston, Inc. as an expert witness on its behalf. I have enclosed a curriculum vitae of Mr. Howerton with this letter and I am happy to forward on a copy of his publications and testimony in accordance with the Rule 26 disclosure requirements. Mr. Howerton is an accident reconstructionist who will address overall design issues of the Kenworth Truck, in general, address the likelihood that the accident could have happened as the plaintiff alleged, the nature and quality of the hoses used with the Arctic Fox heater and whether they were properly maintained/replaced. We are still waiting to receive the documentation related to the inspections that your client undertook of the truck before use and the log for the truck. Mr. Walsh agreed to provide me with this material at his deposition this past January. Please let me know when I can expect to receive these materials.

In addition, given that we have not received these materials, I would like to extend further the deadline for the disclosure of the expert report until after I receive these materials.

Please let me know as soon as possible if you have any objections to this extension and I will seek the necessary relief from the court.

Very truly yours,

Kathleen M. Guilfoyle

KMG:ms
Enclosure

CONNECTICUT • MAINE • MASSACHUSETTS • NEW HAMPSHIRE • NEW JERSEY • PENNSYLVANIA • RHODE ISLAND

**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115



KATHLEEN M. GUILFOYLE
(617) 241-3109

September 15, 2006

Christopher S. Williams, Esquire
Williams & Associates
11 Beacon St – Suite 1100
Boston, MA  02108

RE:   Joseph Walsh v. Kenworth Truck Company.
      <u>Civil Action No.: 04-10304-MBB</u>

Dear Chris:

Please let me know the status of your efforts to obtain the documents that your client testified he had pertinent to the subject truck including the log, reports of inspections, and the title indicating the name of the private seller. PACCAR still intends to call Bill Howerton as an expert, notwithstanding your client's agreement to dismiss the warranty claims. I had previously provided you with the background information for Mr. Howerton, but want to wait until we receive these long awaited documents before finalizing any report. Please let me know if you have any objection to this extension as if you do, I will seek formal approval from the court.

Please also let me know whether your client intends to call an expert in this case.

I look forward to hearing from you.

Very truly yours,

*Kathleen M. Guilfoyle*

Kathleen M. Guilfoyle

KMG:ms

CONNECTICUT  •  MAINE  •  MASSACHUSETTS  •  NEW HAMPSHIRE  •  NEW JERSEY  •  PENNSYLVANIA  •  RHODE ISLAND

**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION



ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

KATHLEEN M. GUILFOYLE
(617) 241-3109

December 7, 2006

Via Email
Christopher S. Williams, Esquire
Williams & Associates
11 Beacon St – Suite 1100
Boston, MA  02108

RE:  Joseph Walsh v. Kenworth Truck Company.
     Civil Action No.: 04-10304-MBB

Dear Chris:

After I returned from Court, our expert called to see if the inspection can date can be moved; please let me know what your position is regarding same. While we want to have the inspection take place as soon as possible, I have an ongoing concern about the lack of documents from your client relative to the truck.

It is my understanding that you do not object to extending the deadline for expert disclosure as we represented to the court. I will endeavor to have our expert prepare the report as soon as possible following the inspection and the receipt of your client's documents. If this is an issue, please let me know as soon as possible so that I can address this with the court.

Thanks and have a happy holiday.

Very truly yours,

Kathleen M. Guilfoyle

KMG:ms