# EXHIBIT C

# To Plaintiff's Motion In Limine

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH W. WALSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. 04-10304-MBB |
| ) | |
| PACCAR, INC., ) | |
| ) | |
| Defendant. ) | |

DEFENDANT'S RULE 26(A)(2) DISCLOSURES
OF EXPERT TESTIMONY

Defendant, PACCAR Inc., by its attorneys, makes following disclosures are required by Fed.R.Civ.P. 26(a)(2):

1.  Expert Witness

William M. Howerton
Scientific Boston Inc.
1120 Massachusetts Avenue
Boxborough, MA  01719

2.  Expert Report

Please refer to the February 20, 2007 report from Mr. Howerton attached as Exhibit "A" which is incorporated herein.

3.  Opinions Expressed by Expert

Please refer to the February 20, 2007 report from Mr. Howerton attached as Exhibit "A" which is incorporated herein.

4.  Information Considered by Witness

In addition to the items referenced in Mr. Howerton's February 20, 2007 report, he has reviewed and considered the following:

a.  Complaint and Jury Demand

b.    Answer to Complaint.

c.    Defendant PACCAR Inc's Responses to the plaintiff's first set of interrogoatires;

d.    Defendant PACCAR Inc's Responses to the plaintiff's first set of document requests;

e.    Plaintiff Joseph Walsh's Responses to PACCAR's first set of interrogatories;

f.    Plaintiff Joseph Walsh's Responses to PACCAR's first set of document requests;

g.    Deposition Transcript of Joseph Walsh;

h.    Deposition Transcript of Richard Sedgley;

i.    Photographs of the subject Kenworth K100E truck taken by the plaintiff.

j.    Photographs of the subject Kenworth K100E truck taken on behalf of PACCAR in February, 2005

k.    Photographs of the subject Kenwoth K100E taken by Mr. Howerton on February 7, 2007;

l.    Design drawings for certain component parts of the Kenworth K100E

m.    Design drawings for the Artic Fox Heater which was installed in the subject Kenworth K100E.

n.    Chassis Final Bill of Materials for the subject Kenworth K100E;

o.    Warranty History for the subject Kenworth K100E;

p.    Photographs of exemplar Kenworth K100E

q.    Exemplar Artic Fox Heater Sealed opening with attachments

r.    Exemplar hoses for the Artic Fox heater;

s.    Brochures for the Artic Fox Heater;

t.    Post Manufacturing Inspection Report;

u.    Kenworth Operation and Service Manual;

v.    Title.

5.    <u>Exhibits to Support Opinions</u>

Any documents, photographs, reports, etc. referenced above may be used to support Mr. Howerton's opinons as well as the videotapes or photographs of his testing.

6.    <u>Qualification of Expret Including Publications Authored Within the Preceding Ten Years</u>

Please refer to Mr. Howerton's Professional Resume attached hereto as Exhibit "B."

7.    <u>Compensation to be Paid to Expert</u>

Please refer to the rate schedule which sets forth the compensation rate for Mr. Howerton's work in this matter which is attached hereto as Exhibit "C."

8.     <u>Cases in Which the Expert has Testified an an Expert at Trial or by Deposition Within the Preceding Four Years</u>

Please refer to the list of cases in which Mr. Howerton has given deposition and/or trial testimony in the preceding four years which is attached hereto as Exhibit "D."

**PACCAR, Inc.**
By its attorneys,
CAMPBELL CAMPBELL EDWARDS &
CONROY, P.C.


_____/s/  Kathleen M. Guilfoyle\_\_\_\_\_
James M. Campbell, BBO# 541882
Kathleen M. Guilfoyle, BBO#  546512
One Constitution Plaza, Third Floor
Boston, MA 02129
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
kguilfoyle@campbell-trial-lawyers.com

# EXHIBIT A

February 20, 2007


Kathleen M. Guilfoyle
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Third Floor
Boston, MA 02129

Re: Walsh v. Paccar

Dear Ms. Guilfoyle:

At your request, I have reviewed information related to an incident involving Joseph Walsh who was burned when a fuel tank heater hose allegedly failed on a Kenworth Model K-100 tractor. The date of the incident was June 27, 2002. The tractor had been manufactured in June of 1988.

Mr. Walsh has stated that he was working behind the cab on top of the frame rails and that when he went to step onto the fuel tank upper step, he may have also made contact with a rubber heater hose attached to a fuel tank fitting. This, in turn, may have caused a "pin hole" to form in the rubber hose from which radiator fluid sprayed his leg. He later "cut off a half an inch" of the hose and reassembled it so that he could continue to operate the truck.

Mr. Walsh apparently purchased the truck late in 1997. At that time it had accumulated approximately 3 million miles. Mr. Walsh was not aware of any specific maintenance that had been performed on the truck prior to his purchase. He was also unable to recall any specific maintenance that he had performed up to the time of the accident, other than possibly oil changes.

I was able to inspect the truck on February 7, 2007. The truck's overall condition was consistent with a high mileage vehicle of this vintage. The tank heater hoses, as well as the fuel hoses, appeared to be relatively old. In particular, the fuel line which is located at the same position as the subject heater hose, is frayed.

Mr. Walsh, who apparently performs his own maintenance, should be aware of his obligation to maintain the truck in a state which limits the opportunity of an on-road breakdown. Numerous items on the truck require regular maintenance and service. In this particular instance, all hoses and lines should be regularly checked for degradation. It is well known that radiator hose failure occurs at the fitting location and is easily checked by simply squeezing the hose at this location and comparing its flexibility to adjacent locations. Mr. Walsh was apparently aware of this because he simply cut off the failed section at the fitting and reattached the hose. He did not replace the hose.

Kathleen M. Guilfoyle
Campbell Campbell Edwards & Conroy
February 20, 2007
Page 2

Mr. Walsh has claimed that the hose location should be guarded to prevent an accident such as his. It is not obvious that a guard would prevent such an accident. In fact, a guard may actually redirect spray toward an operator standing next to the tank. A guard would also limit the ability of an operator or mechanic to easily check the integrity of the hose at that location.

The radiator hose is a fiber reinforced rubber compound capable of withstanding large deformation without failure. We have tested an exemplar hose in our lab and stretched it to 150% of its original length without failure. This hose, in good condition, will easily withstand a person stepping on it without failing. The "pin hole" failure described by Mr. Walsh is consistent with electrochemical degradation (EDC) caused by a reaction between the coolant, metal fitting, and rubber at the fitting/hose junction. This hose is chemically degraded on the inside over time. The pinhole leak is simply a breach in the remaining thin wall which could be caused by any number of outside influences. The vibration from the engine could easily cause final failure. When Mr. Walsh transferred his weight to the tank step, the induced motion of the tank may have been enough to cause the breach. In fact, the distance from the inside edge of the step to the first hose is approximately 12 inches. If Mr. Walsh put the ball of his foot on the step, his heel would be well short of the hose.

Had Mr. Walsh performed normal maintenance on this truck, he would have discovered the weakened section of hose long before it would have failed. His timely repair or replacement of the hose would have prevented this accident. Guarding, or locating the penetration to a different position would not significantly reduce the opportunity for failure.

Sincerely,

William M. Howerton
Principal

WMH:jmj

c:\wpwin\walsh\report022007

EXHIBIT B



SCIENTIFIC
BOSTON
INC

1120 Massachusetts Avenue
Boxborough, Massachusetts 01719

## WILLIAM M. HOWERTON

### Professional Practice

Mechanics of deformation and fracture, crash worthiness, vehicle dynamics, dynamic analysis and simulation, nonlinear finite element development and applications, stability and collapse of complex structures, applications of probability theory. Past research includes full scale analysis and testing of vehicle motion and deformation; development of analytical models for material damage; dynamic simulation of submarine-ice sheet interaction during breakthrough including ice failure mechanisms; prestrain effects on ductile flaw growth in steel; development of weld flaw acceptance criteria to be used in conjunction with advanced nondestructive evaluation techniques; nonlinear material modeling; Monte Carlo simulation of fatigue and fracture; finite element simulation of material transformation and residual strain history which occurs during the welding process; structural stability and/or collapse of structures during quasi-static and dynamic events.

### Background

M.S. (Civil Engineering) University of Wisconsin, Madison
B.S. (Civil Engineering) University of Wisconsin, Madison

Principal
     Scientific Boston Inc
Senior Engineer
     Failure Analysis Associates, Inc.
Senior Engineer
      Applied Mechanics Group, Electric Boat Division, General Dynamics

Member, American Society of Mechanical Engineers
Member, Society of Automotive Engineers
Member, American Society for Metals
Member, Pressure Vessel Research Committee of the Welding Research Council

William M. Howerton
Page 2

**Selected Publications and Reports**

"Aging Airframes, Fleet Database," prepared for Federal Aviation Administration, 1990.

"Review of Computerized Fatigue Crack Growth Analysis Programs for Submarine Hull Structures," prepared for Naval Sea Systems Command, 1989.

"Development of Advanced Material Modeling Techniques for Fatigue and Fracture," General Dynamics/Electric Boat Division, ERR-EB85-074, 1986.

"Fracture and Fatigue Technology 1984," General Dynamics/Electric Boat Division, ERR-EB84-085, 1985.

"Structural Mechanics of Ice Breakthrough," General Dynamics/Electric Boat Division, ERR-EB84-070, 1985.

"Fracture and Fatigue Technology Development," General Dynamics/Electric Boat Division, ERR-EB83-021, 1984.

"Graving Dock Number Three Core Load Requirements for Ohio Class Submarines," General Dynamics/Electric Boat Division, TN-AM-83, 1983.

"Development of Nonlinear Techniques for Fracture Mechanics, Analysis," General Dynamics/Electric Boat Division, ERR-EB82-035, 1982.

"A Summary of Developments in Computer-Assisted Hull Structure Design," General Dynamics/Electric Boat Division, ERR-EB82-019, 1982.

"Structural Integrity Evaluation of Flaws in 'Yorcalbro' Aluminum-Brass Piping," General Dynamics/Electric Boat Division, TN-AM-81-15, 1981.

EXHIBIT C



SCIENTIFIC
BOSTON
INC

1120 Massachusetts Avenue
Boxborough, Massachusetts 01719

## SCHEDULE OF RATES & EXPENSES

Scientific Boston Inc staff time is invoiced at the following hourly rates:

### Engineering

| | |
|---|---|
| David W. Mercaldi, Ph.D., P.E. | $ 450.00 |
| William M. Howerton | 310.00 |

### Engineering Visualization & Research

| | |
|---|---|
| Pierre Robert Guay | $ 185.00 |

### Project Support

| | |
|---|---|
| Joan M. McGuirk | $ 65.00 |
| Jean M. Johnson | 65.00 |

### Technical Support

| | |
|---|---|
| Richard A. Green | $ 65.00 |

January 2006

EXHIBIT D

William M. Howerton
Prior Five Year's Testimony

| Case Name | Deposition Testimony | Trial Testimony | Jurisdiction |
|---|---|---|---|
| Valerie R. Blake v. Karen E. Morrissey | | 02/05/03 | Commonwealth of Massachusetts Plymouth, SS Superior Court Department Civil Action No. 99-1342A |
| George C. Bouhanna v. 128 Imports, Inc. | 04/25/05 | | Commonwealth of Massachusetts Middlesex Superior Court C.A. No. 04-3803 |
| Linden Cole v. Aeroground, Inc., et al | 01/04/05 | | Circuit Court of Platte County, Missouri, 6th Judicial Circuit No. 03CV85380 Division No. 2 |
| Bruce Collins v. Aimhi Lodge, Inc. | 04/28/05 | | State of Maine Cumberland, ss Superior Court Civil Action CV-04-318 |
| Commonwealth of Massachusetts v. Gerald Coviello | | 08/19/05 01/11/06 | Middlesex Superior Court Lowell, MA Docket: MICR2001-01129 |
| H. Ryan Hutchinson v. Penske Truck Leasing | | 12/23/03 | Court of Common Pleas Philadelphia County No. 003460 |
| Kapustin v. Dixie-Narco, Inc. | | 5/23/05 | Providence Superior Court Civil Action No. 02-1931 |
| Macfarlane v. Canadian Pacific | 02/02/00 06/10/03 | 12/10/03 10/18/04 | United States District Court District of Vermont Docket No. 299-CV-100 |
| Cynthia McDaniel, et al v. Freightliner, et al | 02/22/01 05/8-9/01 02/27/03 | | U.S. District Court Southern District of NY Docket No. 99Civ.4292 |
| Commonwealth v. Jerry Olanyian | | 06/07/06 | Commonwealth of Massachusetts Norfolk, ss Quincy District Court Docket No. 0556CR002219 |

William M. Howerton
Prior Testimony
Page 2

| Case Name | Deposition Testimony | Trial Testimony | Jurisdiction |
|---|---|---|---|
| Ben Rhodes v. Walter Behm | 09/07/06 | | State of Rhode Island Providence, SC. Superior Court C.A. No. PC03-6593 C.A. No. PC05-4046 |
| Willie Grace Stapleton v. Freightliner Corporation | 8/21/02 | 12/16/02 | United States District Court Southern District of Florida Case No. 00-260-CIV-HURLEY/LYNCH |
| Svege, et al v. Mercedes-Benz Credit Corporation, et al | 07/25/03 | 08/10/04 | United States District Court District of Connecticut Case No. 301CV01771 (JBA) |
| Michael Wolongevicz v. MSC, et al | 09/27/06 | | Commonwealth of Massachusetts Suffolk, SS Superior Court Civil Action No. 2004-1296F |
| Zuber v. Cross-Sound Ferry Services, Inc. | 04/27/06 | | United States District Court Eastern District of New York Docket No. CV-04 4708 |