**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

KATHLEEN M. GUILFOYLE
(617) 241-3109

December 7, 2006

<u>Via Email</u>
Christopher S. Williams, Esquire
Williams & Associates
11 Beacon St – Suite 1100
Boston, MA  02108

RE:   <u>Joseph Walsh v. Kenworth Truck Company.</u>
      <u>Civil Action No.: 04-10304-MBB</u>

Dear Chris:

After I returned from Court, our expert called to see if the inspection can date can be moved; please let me know what your position is regarding same. While we want to have the inspection take place as soon as possible, I have an ongoing concern about the lack of documents from your client relative to the truck.

It is my understanding that you do not object to extending the deadline for expert disclosure as we represented to the court. I will endeavor to have our expert prepare the report as soon as possible following the inspection and the receipt of your client's documents. If this is an issue, please let me know as soon as possible so that I can address this with the court.

Thanks and have a happy holiday.

Very truly yours,

Kathleen M. Guilfoyle

KMG:ms