**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION



KATHLEEN M. GUILFOYLE
(617) 241-3109
kguilfoyle@campbell-trial-lawyers.com

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

January 17, 2007

VIA REGULAR MAIL

Christopher S. Williams, Esq.
Williams & Associates
11 Beacon Street, Suite 1100
Boston, MA 02108

Re: Joseph Walsh v. Kenworth Truck Company.
Civil Action No.: 04-10304-MBB

Dear Chris:

I was disappointed to find out that the inspection could not proceed as scheduled, but I certainly understand that emergencies come up. Bill Howerton, our expert, is only available on January 30th or February 7th and it is my understanding that you are not available until February 7th. I have no problem with proceeding on February 7th, however, it is getting closer and closer to trial. If the inspection goes forward on the 7th we should have a report to you within a couple of weeks. If you intend to depose Mr. Howerton, you should let me know now and we can reserve a date for his deposition. If can always be cancelled if you decide that you do not want to go forward with it. As I indicated to you previously, I anticipate that Mr. Howerton will testify that the hose was not properly maintained and that the cause of the accident was such improper maintenance. I further expect him to say that had the plaintiff properly maintained the hoses, that it would have withstood even the plaintiff stepping on it.

Please let me know as soon as possible whether you wish to depose Mr. Howerton. In addition, if you have any concerns about the timeliness of when the report is likely to be delivered, I want to raise it with the court at this time.

Very truly yours,

Kathleen M. Guilfoyle

KMG:ms