AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   Massachusetts

Joseph W. Walsh

v.

PACCAR, Inc.

APPEARANCE

Case Number: 04-10304-MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joseph W. Walsh, Plaintiff

_March 5, 2007_
Date

_[signature]_
Signature

John J. Heil
Print Name

11 Beacon St., Suite 1100
Address

Boston          MA          02129
City            State       Zip Code

(617) 305-0909
Phone Number