UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH W. WALSH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PACCAR, INC., )<br>)<br>Defendant. )<br>) | C.A. NO. 04-10304-MBB |

DEFENDANT'S MOTION IN LIMINE TO
INTRODUCE EVIDENCE REGARDING THE
ABSENCE OF SUBSTANTIALLY SIMILAR CLAIMS

Defendant PACCAR Inc. ("PACCAR") moves in limine to introduce testimony regarding the absence of substantially similar claims and/or lawsuits. As grounds for its motion, PACCAR states that it maintains records of claims and lawsuits that are received regarding Kenworth trucks, that it has examined these records and that it has determined that it has not received any other claims or lawsuits in which an individual alleges that he sustained injuries as a result of stepping on the heater hoses of an Artic Fox Heater.

Evidence of the lack of similar incidents is relevant in a products liability action to show (1) absence of the defect or other condition alleged, (2) lack of causal relationship between the injury and the defect or condition charged, and (3) nonexistence of an unduly dangerous situation. Massachusetts courts have held that evidence concerning the absence of prior oral or written complaints of injuries associated with the use of the product is material on the issue of whether the product was negligently designed because it tends to show that the manufacturer used reasonable testing

procedures. <u>Carrel v. Nat'l Cord & Braid Corp.</u>, 447 Mass. 431, 448 (2006) (evidence that manufacturer never received complaint of injury associated with use of bungee cord admissible as relevant to determination of negligent design claim); <u>Borelli v. Top Value Ent., Inc.</u>, 356 Mass. 110, 113 (1969) (evidence regarding lack of claims for electric shock during use of carpet sweeper admissible in case alleging negligent design of sweeper).

## CONCLUSION

PACCAR Inc. hereby requests that its motion be allowed and that it be permitted to present evidence of the lack of other substantially similar claims.

**PACCAR, Inc.**
By its attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

/s/ *[signature]*
James M. Campbell, BBO# 541882
Kathleen M. Guilfoyle, BBO# 546512
Kiley M. Belliveau BBO#661328
One Constitution Plaza, Third Floor
Boston, MA 02129
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
kguilfoyle@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

    I, Kiley M. Belliveau, of Campbell Campbell Edwards & Conroy, PC, attorney for PACCAR, Inc., hereby certify that a true copy of the above document was served upon the following counsel of record for the plaintiff by hand on March 5, 2007:

Christopher S. Williams
Williams & O'Leary, LLP
11 Beacon St – Suite 1100
Boston, MA  02108

/s/ *[signature]*
Kiley M. Belliveau