UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
JOSEPH W. WALSH,              )
                              )
    Plaintiff,                )
                              )
v.                            )   C.A. NO. 04-10304-MBB
                              )
PACCAR, INC.,                 )
                              )
    Defendant.                )
_____)

**DEFENDANT'S PROPOSED SPECIAL VERDICT FORM**

QUESTION NO. 1: Do you find by a preponderance of the evidence that defendant PACCAR Inc. was negligent in its design of the subject Kenworth K100E?

_____ Yes                                                _____ No

QUESTION NO. 2: Do you find by a preponderance of the evidence that defendant PACCAR Inc. negligently failed to warn about a danger that was not open and obvious?

_____ Yes                                                _____ No

If your answers to Question No. 1 and Question No. 2 are "No," then stop. The foreperson signs at the end of this form where it is marked "Foreperson" and you may discontinue your deliberations. Otherwise, go on to Question No. 3.

QUESTION NO. 3: Do you find by a preponderance of the evidence that the plaintiff's injuries were proximately caused by the negligence of Kenworth?

_____ Yes                                              _____ No

If your answer to Question No. 3 is "No," then stop. The foreperson signs at the end of this form where it is marked "Foreperson" and you may discontinue your deliberations. Otherwise, go on to Question No. 4.

QUESTION NO. 4: Do you find by a preponderance of the evidence that the plaintiff's conduct was the proximate cause of his injuries?

_____ Yes                                              _____ No

If your answer to Question No. 4 is "Yes," then go on to Question No. 5. If your answer to Question No. 4 is "No," then mark Question No. 5 "Not Applicable."

QUESTION NO. 5: What percentage of fault for the accident do you attribute to plaintiff Joseph Walsh and to the defendant PACCAR Inc.?

Plaintiff Joseph Walsh                _____%

Defendant PACCAR Inc.              _____%

                    Total =      100%

If you found PACCAR less than 50% at fault and the plaintiff more than 50% at fault, you do not answer Question No. 6.

QUESTION NO. 6: If you have found that the defendant PACCAR Inc. is legally at fault for Mr. Walsh's accident, write in words (not in numbers) the total amount of damages to which you believe the plaintiff, Joseph Walsh, is entitled.

_____
(Please state the amount in words, not in numbers)

2

Date: _____ _____
                                                    Foreperson

**PACCAR Inc.**
By its attorneys,
CAMPBELL CAMPBELL EDWARDS &
CONROY, P.C.


*/s/ Kiley M. Belliveau*
James M. Campbell, BBO# 541882
Kathleen M. Guilfoyle, BBO#  546512
Kiley M. Belliveau, BBO# 661328
One Constitution Plaza, Third Floor
Boston, MA 02129
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
kguilfoyle@campbell-trial-lawyers.com
kbelliveau@campbell-trial-lawyers.com


**CERTIFICATE OF SERVICE**

I, Kiley M. Belliveau, of Campbell Campbell Edwards & Conroy, PC, attorney for PACCAR, Inc., hereby certify that a true copy of the above document was served upon the following counsel of record for the plaintiff by means of the CM/ECF system on March 7, 2007:

Christopher S. Williams
Williams & O'Leary, LLP
11 Beacon St – Suite 1100
Boston, MA  02108


*/s/  Kiley M. Belliveau*