UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPH W. WALSH,<br>    Plaintiff, | )<br>)<br>) | |
| V. | )<br>) | C.A. NO. 04-10304-MBB |
| PACCAR, INC.,<br>    Defendant. | )<br>)<br>) | |

## SPECIAL JURY VERDICT

1. Was the Defendant PACCAR negligent?

   Yes _____   No _____

(If your answer to this question is yes, please answer the next question; if your answer is no, please report that you have reached a verdict.)

2. Was such negligence a substantial factor in causing the plaintiffs' injuries?
   Yes _____   No _____

(If your answer to this question is yes, please answer the next question; if your answer is no, please report that you have reached a verdict.)

3. Was the plaintiff Joseph Walsh negligent?

4. Was such negligence a substantial factor in causing the plaintiffs' injuries?
   Yes _____   No _____

5. What percentage of fault is attributable to:

   A. Defendant PACCAR                              _____ percent

   B. Plaintiff Joseph Walsh                        _____ percent

       Total                                         100   percent

6. Amount of money that will fairly and adequately compensate plaintiff Joseph Walsh for his injuries: _____.

_____
Foreperson