⬥AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

Joseph Walsh
V.
PACCAR, Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: 04-10304-MBB

| PRESIDING JUDGE<br>U.S.M.J. Marianne B. Bowler | | PLAINTIFF'S ATTORNEY<br>Williams | | DEFENDANT'S ATTORNEY<br>Guilfoyle | |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>3/5/2007-3/8/2007 | | COURT REPORTER<br>Marcia Patrisso | | COURTROOM DEPUTY<br>Marc Duffy | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | 3/5/07 | | | Witness: Joseph Walsh called |
| 1 | | " | x | x | 8x10 Photo of truck, side view, 1 pg. |
| 2 | | " | x | x | 8x10 Photo of truck, front view, 1 pg. |
| 3 | | " | x | x | 8x10 Photo of truck, refrigeration unit, 1 pg. |
| 4 | | " | x | x | 8x10 Photo of truck, bracket, 1 pg. |
| 5 | | " | x | x | 8x10 Photo of truck, pogo stick, 1 pg. |
| 6 | | 3/6/07 | x | x | 8x10 Photo of truck, back view, 1 pg. |
| 7 | | " | x | x | 8x10 Photo of truck, heater hoses, 1 pg. |
| 8 | | " | x | x | 8x10 Photos of truck, 4 pgs. (8a-8d) |
| | A | " | x | x | Blow-up photo of truck, fuel tank, 1 board* |
| | B | " | x | x | Blow-up photo of truck, fuel tank, 1 board* |
| | C | " | x | x | Blow-up photo of truck, refrigeration unit, 1 board* |
| | D | " | x | x | Blow-up photo of truck, "grid" deck plate, 1 board* |
| | E | " | x | x | Blow-up photo of truck, heater hoses, 1 board* |
| | F | " | x | x | Blow-up photo of truck, 3 deck plates, 1 board* |
| | G | " | x | x | Blow-up photo of truck, front right side view, 1 board* |
| | H | " | x | x | Blow-up photo of truck, back view w/ measuring tape, 1 board* |
| | I | " | x | x | Blow-up photo of truck, close-up of measuring tape, 1 board* |
| | J | " | x | x | Blow-up photo of truck, close-up of measuring tape, 1 board* |
| | K | " | x | x | Blow-up photo of truck, close-up of fuel tank hoses, 1 board* |
| | L | " | x | x | Blow-up photo of truck, spare tire behind cab, 1 board* |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2    Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | Walsh | vs. | | PACCAR, Inc. | CASE NO. 04-10304-MBB |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | M | 3/6/07 | x | x | Blow-up photo of truck, left fuel tank and step, 1 board* | |
| | N | " | x | x | Blow-up photo of truck, mounting plate for hoses, 1 board* | |
| 9 | | " | x | x | Notice of Taking Deposition of PACCAR, Inc. (Sedgley) 3 pgs. | |
| 10 | | " | x | x | Bill of materials manual, redacted | |
| 11 | | " | x | x | 8x10 Photo of truck, back view of cab, 1 pg. | |
| 12 | | " | x | x | 8x10 Photo of truck, back view of cab, 1 pg. | |
| 13 | | 3/7/07 | x | x | 8x10 Photo of truck, back view of cab, 1 pg. | |
| 14 | | " | x | x | Diagram, heater, 1 pg. | |
| 15 | | " | x | x | Diagram, fuel tank, 1 pg. | |
| | | " | | | Witness: Richard Sedgley called by the Defendant | |
| | O | " | x | x | Heater hose, approx. 8 inch section* | |
| | P | " | x | x | Fuel hose, approx. 14 inch section* | |
| 16 | | " | x | x | Medical Records, 1 volume | |
| 17 | | " | x | x | Medical Bills, 8 pgs. | |
| | Q | " | x | x | Pogo stick bracket* | |
| | R | " | x | x | Kenworth Operator's Manual (Bates # 21-74) | |
| | S | " | x | x | Blow-up of pre-trip inspection checklist, 1 board* | |
| | T | " | x | | Blow-up of preventative maintenance schedule, 1 board* | |
| 18 | | " | x | x | Vehicle price listing, final bill of sale | |

Page 2 of 2 Pages