UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH W. WALSH,
    Plaintiff,

v.

CIVIL ACTION NO.
04-10304-MBB

PACCAR, INC.,
    Defendant.

## SPECIAL VERDICT

1. DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT THE PLAINTIFF HAS PROVEN THAT THE DEFENDANT WAS NEGLIGENT?

    ANSWER: _____NO_____ (YES OR NO)

IF YOUR ANSWER TO QUESTION # 1 IS YES, PLEASE PROCEED TO ANSWER QUESTION # 2. IF YOUR ANSWER TO QUESTION # 1 IS NO, DO NOT ANSWER ANY OF THE REMAINING QUESTIONS.

2. DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT THE PLAINTIFF HAS PROVEN THAT THE DEFENDANT'S NEGLIGENCE WAS A PROXIMATE CAUSE OF THE PLAINTIFF'S INJURIES RESULTING IN ACTUAL DAMAGE?

ANSWER: _____ (YES OR NO)

IF YOUR ANSWER TO QUESTION # 2 IS YES, PLEASE PROCEED TO ANSWER QUESTION # 3. IF YOUR ANSWER TO QUESTION # 2 IS NO, DO NOT ANSWER ANY OF THE REMAINING QUESTIONS.

3. DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT THE DEFENDANT HAS PROVEN THAT THE PLAINTIFF WAS NEGLIGENT?

ANSWER: _____ (YES OR NO)

IF YOUR ANSWER TO QUESTION # 3 IS YES, PLEASE PROCEED TO ANSWER QUESTION # 4. IF YOUR ANSWER TO QUESTION # 3 IS NO, PROCEED TO ANSWER QUESTION # 6.

4. DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT THE DEFENDANT HAS PROVEN THAT THE PLAINTIFF'S NEGLIGENCE WAS A PROXIMATE CAUSE OF HIS INJURIES?

ANSWER: _____ (YES OR NO)

IF YOUR ANSWER TO QUESTION # 4 IS YES, PLEASE PROCEED TO ANSWER QUESTION # 5. IF YOUR ANSWER TO QUESTION # 4 IS NO,

PROCEED TO ANSWER QUESTION # 6.

5.  WHAT IS THE PROPORTION OF TOTAL NEGLIGENCE OF THE PLAINTIFF AND THE DEFENDANT WHICH YOU APPORTION TO EACH PARTY?

    ANSWER:  THE DEFENDANT: _____%

                THE PLAINTIFF: _____%

                TOTAL:         __100__ %

PROCEED TO ANSWER QUESTION # 6.

6.  WHAT AMOUNT OF DAMAGES DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE WILL FAIRLY AND REASONABLY COMPENSATE THE PLAINTIFF FOR HIS INJURIES?

    ANSWER:  $_____

_[signature]_
FOREPERSON OF THE JURY

DATE: __3/8/07__