```
           UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

JOSEPH W. WALSH,
    Plaintiff,

    v.                                           CIVIL ACTION NO.
                                                    04-10304-MBB

PACCAR, INC.,
    Defendant.

## FINAL JUDGMENT

**March 9, 2007**

**BOWLER, U.S.M.J.**

In accordance with the issues duly tried, resolved and decided,

It is **ORDERED** and **ADJUDGED** that plaintiff Joseph W. Walsh take nothing, that this action be dismissed on the merits, and that defendant Paccar, Inc. recover of plaintiff its costs under Rule 54(d)(1), Fed. R. Civ. P.

                                        /s/ Marianne B. Bowler
                                        **MARIANNE B. BOWLER**
                                        United States Magistrate Judge