UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH W. WALSH,<br><br>     Plaintiff,<br><br>v.<br><br>PACCAR, INC.,<br><br>     Defendant. | ) ) ) ) ) ) ) ) ) ) )  C.A. NO. 04-10304-MBB |

## PACCAR INC.'S BILL OF COSTS

Judgment having been entered in the above-entitled action on against the plaintiff,

Joseph W. Walsh, pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure and

28 U.S.C. § 1920, the defendant, PACCAR Inc. ("PACCAR") requests that the clerk tax

the following costs:

Fees of the
Clerk[1]................................................................................. $ 150.00

Fees for service of summons and
subpoena............................................................................... $ 00.00

Fees of the court reporter for all or any part of the transcript necessarily
obtained for use in the case[2]............................................... $ 868.35

Fees and disbursements for
printing[3].............................................................................. $1,013.90

Fees for witnesses (itemize on reverse
side)[4].................................................................................. $1,544.80

Fees for exemplification of papers[5]....................................... $3,681.13

---

[1] This represents the Removal Fee. See Exhibit A, letter to Civil Clerk's Office and check stub.
[2] PACCAR has itemized costs for deposition transcripts on page 3.
[3] PACCAR has itemized costs for copies of papers on page 4.
[4] PACCAR has itemized the witness fees on page 3.
[5] PACCAR has itemized fees for exemplification of papers on page 4.

Docket fees under 28 U.S.C. 1923............................................  $ 00.00

Costs as shown on Mandate of Court of Appeals..........................  $ 00.00

Compensation of court-appointed experts..................................  $ 00.00

Compensation of interpreters and costs of special interpretation services
under 28 U.S.C. 1828..........................................................  $ 00.00

Other costs (please itemize) ................................................  $ 00.00

TOTAL .........................................................................  $ 7,2588.18

---

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  With regard to fees for printing and copying, PACCAR Inc. charged fees no higher than what is generally charged for reproduction in the Boston area, and reproduced no more copies that what was actually necessary. PACCAR Inc. has produced a Transactions Summary, which provides the number of black & white copies and color prints required for the litigation.  A copy of this bill was mailed today with postage prepaid to: Christopher S. Williams, counsel for Joseph W. Walsh.  See also Affidavit of Kathleen M. Guilfoyle in Support of PACCAR Inc.'s Bill of Costs.

Signature of Attorney:  /s/ Kiley M. Belliveau, BBO # 661328
                        Campbell Campbell  Edwards & Conroy, P.C.,
                        1 Constitution Plaza, Boston, Massachusetts, 02129
                        (617) 241-3000

Name of Attorney:       Kiley M. Belliveau

For:                    PACCAR INC.
Date:                   April 2, 2007

Costs are taxed in the amount of _____ and    included in the judgment.

_____   By:  _____    _____
Clerk                        Deputy Clerk                      Date

## ITEMIZATION OF COSTS

**Itemization of deposition transcripts used at trial**

| Witness | Date | Court Reporter's Fee | Cost of Transcript |
|---|---|---|---|
| Joseph W. Walsh[6] | 1/27/06 | $50.00 | $490.75 |
| Rick I. Sedgley[7] | 11/8/05 | None | $ 327.60 |

SUBTOTAL: **$868.35**

**Itemization of witness fees  (cf. 28 U.S.C. 1821 for statutory fees)**

| Name and Residence | Dates of Attendance | | Travel | Meals and Incidental Expense[8] | | Lodging | |
|---|---|---|---|---|---|---|---|
| Rick I. Sedgley | 3/5/07-3/8/07 | $160.00<br><br>Daily attendance fee | $424.80<br><br>Airfare from Kirkland, WA, area to Boston, MA[9] | 3/4/07 and 3/8/07 first and last day<br><br>3/5/07-3/7/07 at full rate | 2 x 48<br>$96.00<br><br><br><br><br>3 x 64<br>$192.00 | 3/4/07-3/7/07 | 4 x 168<br>$672.00 |

SUBTOTAL: **$1,544.80**

---

[6] See Exhibit B, invoice from C. J. Reporting.
[7] See Exhibit C, invoice from Byers & Anderson, Inc.
[8] See Exhibit D, table of General Services Administration Per Diem Rates.
[9] See Exhibit E, expense report.

3

**Itemization of fees for exemplification necessarily obtained for use in the case**

| Subject | Date | Tech Time | Cost Each Unit | Total Invoice with Tax |
|---|---|---|---|---|
| Enlarged Color Photographs of Subject Truck, Black & White Enlarged Copies of Operator's Manual[10] | 3/7/07 | $65.00 | $155.00  $241.50 | $484.58 |
| Mounting for Enlarged Color Photographs | 3/7/07 | $0.00 | $1,911.00 | $2,006.55 |
| 20 x 30 Trial Boards from Scientific Boston[11] | 3/2/07 | $0.00 | $1,190.00 | $1,190.00 |
| | | | | **SUBTOTAL: $3,681.13** |

---

[10] The First Circuit allows recovery of the reasonable expense of preparing such items as charts, photographs, motion pictures and similar visual aids when these items have assisted the Court and jury. See H.C. Baxter & Bro. v. Great Atlantic & Pacific Tea Co., 44 F.R.D. 49, 52 (D.Me. 1968); Emerson v. National Cylinder Gas Co., 147 F.Supp. 543 (D.Mass.1957), aff'd, 251 F.2d 152 (1st Cir.1958). PACCAR requests reimbursement for mounted enlargements that assisted the jury to understand the facts of the case. An accurate description of the subject truck for the jury required the use of color enlargements. See Exhibit F, invoices from Merrill Communications LLC.

[11] See Exhibit G, Invoice from Scientific Boston, Inc. PACCAR does not include any costs associated with expert input into preparation of the Trial Boards. PACCAR seeks reimbursement for the cost of physical production and copying of the demonstrative evidence. See 10 MOORE'S FEDERAL PRACTICE §54.103 (3d ed.).

**Itemization of fees for copies of papers necessarily obtained for use in the case**

| Copies Reasonably Necessary for Litigation[12] | Costs per copy | Total Cost |
|---|---|---|
| 10,139.00 x .5 = 5069.5 | .20 | $1,013.90 |
| | | **SUBTOTAL: $1,013.90** |
| | | **TOTAL ITEMIZED COSTS: $ 7,108.18** |

Respectfully Submitted,
**PACCAR Inc.**
By its attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

/s/ Kiley M. Belliveau
James M. Campbell, BBO# 541882
Kathleen M. Guilfoyle, BBO# 546512
Kiley M. Belliveau, BBO# 661328
One Constitution Plaza, Third Floor
Boston, MA 02129
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
kguilfoyle@campbell-trial-lawyers.com
kbelliveau@campbell-trial-lawyers.com

---

[12] See Exhibit H, Transactions Listing, March 23, 2007. The Transactions Listing identifies expenses by component. Component 1 indicates "internal duplicating" or copying expenses. The Transaction Listing identifies the units or number of copies with respect to the component code. For purposes of the Bill of Costs, and to provide a conservative figure with respect to the number of copies that were necessarily required for the case, PACCAR has halved the number of copies that were actually utilized in its defense of this case.

## CERTIFICATE OF SERVICE

I, Kiley M. Belliveau, of Campbell Campbell Edwards & Conroy, PC, attorney for PACCAR, Inc., hereby certify that a true copy of the above document was served upon counsel of record for the plaintiff by First Class Mail on April 2, 2007:

Christopher S. Williams
Williams & O'Leary, LLP
11 Beacon St – Suite 1100
Boston, MA  02108

*/s/ Kiley M. Belliveau*
Kiley M. Belliveau