# EXHIBIT A

**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MASSACHUSETTS 02129
TEL: (617) 241-3000
FAX: (617) 241-5115



KATHLEEN M. GUILFOYLE
(617) 241 3109
kguilfoyle@campbell-trial-lawyers.com





February 13, 2004

**HAND DELIVERED**

Civil Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02210

RE:  <u>Joseph W. Walsh v. Kenworth Truck Company</u>

Dear Sir/Madam:

With regard to the above-referenced matter, enclosed for filing please find the following:

1. Notice of Removal to United States District Court;

2. Civil Cover Sheets;

3. Check in the amount of $150.00 representing the filing fee;

4. Notice of Appearance; and

5. Corporate Disclosure Statement Pursuant to Local Rule 7.3(A).

Thank you for your attention to this matter.

Very truly yours,

Kathleen M. Guilfoyle

KMG:aer
Encs.
cc:  Christopher S. Williams, Esquire  (w/encl.)
     James M. Campbell, Esquire  (w/o encl.)

094785

CAMPBELL, CAMPBELL EDWARDS & CONROY
1/27/2004

| Entry Number | Invoice No. | Matter ID | Description | Amount |
|---|---|---|---|---|
| 82314 | 01272004 | 150-9 | | 150.00 |

04cv10304 JLT