# EXHIBIT B

## C.J. REPORTING
**Professional Shorthand Reporters**

A5 Colonial Drive, Unit No. 7
Andover, MA 01810
Phone 978.409.9090
Fax 978.409.9091
www.cjreporting.com

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 2/14/2006 | 012706-LH0 |

**BILL TO**

Campbell Campbell Edwards & Conroy
One Constitution Place, Third Floor
Charlestown, MA 02129
Attn: Accounts Payable

| TERMS |
|---|
| Net 30 |

| DESCRIPTION | NO. OF PAGES | RATE | AMOUNT |
|---|---|---|---|
| Original Transcript of the Deposition of Joseph Walsh, taken before Lorreen Hollingsworth, RPR, on Friday, January 27, 2006. | 151 | 3.25 | 490.75 |
| Appearance Fee of Stenographer | 1 | 50.00 | 50.00 |
| In the matter of Joseph W. Walsh v. Paccar, Inc. | | | |
| Civil Action No. 04-10304-MBB | | | |
| Transcript Ordered by Attorney Kathleen M. Guilfoyle | | | |

Thank you for choosing C. J. Reporting. We sincerely appreciate your business.

**Total** $540.75

FEDERAL TAX ID NO: 42-1580475; Carolyn J. Rogers d/b/a C. J. Reporting.