**EXHIBIT C**

3/23/2007 11:29 AM   FROM: Byers Anderson Byers _Anderson, Inc.   TO: 16172415115   PAGE: 002 OF 002



# Byers & Anderson, Inc.
**Court Reporters/Video/Videoconferencing**
2208 North 30th Street, Suite 202
Tacoma, WA 98403-3360
Tacoma (253) 627-6401   Toll Free (800) 649-2034
Seattle  (206) 340-1316   Fax (253) 383-4884

Kathleen Guilfoyle
Campbell Campbell Edwards
1 Constitution Plaza, Suite 301
Boston, MA 02129-2031

**Invoice Date:** 11/08/2005
**Invoice No.** 51,402

PLEASE REFERENCE INVOICE NUMBER WHEN REMITTING

RE: Walsh vs. Kenworth Truck Company
Witness: Richard I. Sedgley*
Date: 10/28/2005
Fax:(617)241-5115

Reporter: JSW
Tax ID No. 91-1250690
Job No. 12756-1

| Description | Quantity | Price | Charges |
|---|---|---|---|
| One Copy - Compressed Format | 126 | 2.60 | 327.60 |
| Disk | 1 | 5.00 | 5.00 |
| Federal Express | 1 | 25.00 | 25.00 |

Terms: Full payment due upon receipt
Invoices over 30 days will be assessed at 1.5% per month
Reporter is an independent contractor
To ensure PROPER CREDIT, please reference invoice number.

**Total:** 357.60

***If you have received this invoice in error, please notify us immediately by telephone.***

**TOTAL BALANCE DUE:** 0.00