# EXHIBIT D



Back to Original

# Domestic Perdiem Rates
# Massachusetts - FY 07

(October 1, 2006 through September 30, 2007)

Cities not appearing below may be located within a county for which rates are listed. To determine what county a city is located in, click here for the National Association of Counties (NACO) website (a non-federal website).

NOTE: If neither the city nor the county is listed, the location is a standard CONUS destination with a rate of $60.00 for lodging and $39.00 for meals and incidental expenses (M&IE).

**State Tax Rates & Exemption Forms**

**Properties at Per Diem (FedRooms)**

| Primary Destination (1) | County (2, 3) | Max Lodging (exc. taxes) | + M&IE Rate | = Max Per Diem Rate (4) | First & Last Day (75% of M&IE) |
|---|---|---|---|---|---|
| Andover | Essex | 84 | 59 | 143 | 44.25 |
| Boston / Cambridge (October 1 - October 31) | Suffolk / City Of Cambridge | 203 | 64 | 267 | 48.0 |
| Boston / Cambridge (November 1 - August 31) | Suffolk / City Of Cambridge | 168 | 64 | 232 | 48.0 |
| Boston / Cambridge (September 1 - September 30) | Suffolk / City Of Cambridge | 203 | 64 | 267 | 48.0 |
| Burlington / Woburn | Middlesex | 104 | 59 | 163 | 44.25 |
| Falmouth (October 1 - June 30) | City Limits Of Falmouth | 85 | 49 | 134 | 36.75 |
| Falmouth (July 1 - August 31) | City Limits Of Falmouth | 128 | 49 | 177 | 36.75 |
| Falmouth (September 1 - September 30) | City Limits Of Falmouth | 85 | 49 | 134 | 36.75 |
| Hyannis (October 1 - April 30) | Barnstable | 80 | 59 | 139 | 44.25 |
| Hyannis (May 1 - June 30) | Barnstable | 95 | 59 | 154 | 44.25 |
| Hyannis (July 1 - August 31) | Barnstable | 124 | 59 | 183 | 44.25 |
| Hyannis (September 1 - September 30) | Barnstable | 80 | 59 | 139 | 44.25 |
| Martha's Vineyard (October 1 - October 31) | Dukes | 116 | 64 | 180 | 48.0 |

| Location | County | | | | |
|---|---|---|---|---|---|
| Martha's Vineyard (November 1 - May 31) | Dukes | 96 | 64 | 160 | 48.0 |
| Martha's Vineyard (June 1 - August 31) | Dukes | 175 | 64 | 239 | 48.0 |
| Martha's Vineyard (September 1 - September 30) | Dukes | 116 | 64 | 180 | 48.0 |
| Nantucket (October 1 - November 30) | Nantucket | 154 | 64 | 218 | 48.0 |
| Nantucket (December 1 - May 31) | Nantucket | 130 | 64 | 194 | 48.0 |
| Nantucket (June 1 - August 31) | Nantucket | 224 | 64 | 288 | 48.0 |
| Nantucket (September 1 - September 30) | Nantucket | 154 | 64 | 218 | 48.0 |
| Northampton | Hampshire | 88 | 39 | 127 | 29.25 |
| Pittsfield (October 1 - June 30) | Berkshire | 87 | 59 | 146 | 44.25 |
| Pittsfield (July 1 - August 31) | Berkshire | 104 | 59 | 163 | 44.25 |
| Pittsfield (September 1 - September 30) | Berkshire | 87 | 59 | 146 | 44.25 |
| Plymouth / Taunton / New Bedford | Plymouth / Bristol | 91 | 54 | 145 | 40.5 |
| Quincy | Norfolk | 111 | 44 | 155 | 33.0 |
| Springfield | Hampden | 90 | 44 | 134 | 33.0 |
| Worcester | Worcester | 87 | 49 | 136 | 36.75 |