# EXHIBIT E

# PACCAR / Kenworth

## EXPENSE REPORT

| NAME | TITLE | PHONE | DIVISION NO. | DEPT | From | To | TOTAL MILEAGE |
|---|---|---|---|---|---|---|---|
| Richard I. Sedgley | Mgr. Prod. Safety & Comp. | 425 828 5201 | 27 | 100 | 04-Mar-07 | 17-Mar-07 | |

PURPOSE OF TRIP OR BUSINESS ACTIVITY (USE REVERSE SIDE IF MORE ROOM IS NEEDED)

Company Representative at Trial in Boston, MA (Walsh v. Kenworth)

**REDACTED**

### BUSINESS EXPENSES CHARGED TO COMPANY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Air/Rail Fare | $424.80 | | | | | | $424.80 |
| Other - Explain on Back | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CHARGE SUBTOTAL | $424.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $424.80 |

CHECK LIST: HAVE YOU -
- enclosed receipts of $25.00 or more?
- included waitpersons tips in cost of meals?
- explained all entertainment expenses and business meals?
- stapled any unused airline coupons to the front?
- included a check if money is due to the company?

| | | |
|---|---|---|
| TOTAL EXPENSES: (a+b) | | $1,621.42 |
| LESS: TEMPORARY CASH ADVANCE | | $0.00 |
| LESS: EXPENSES CHARGED TO COMPANY | | $424.80 |
| TOTAL DUE TO EMPLOYEE | X | $1,196.62 |
| TOTAL DUE TO COMPANY | | $0.00 |

| EMPLOYEE SIGNATURE | DATE | APPROVED BY | DATE |
|---|---|---|---|
| Richard I. Sedgley | | | |

003015