**EXHIBIT F**

*JLC,*
*Joanna Canty*

**MERRILL COMMUNICATIONS LLC**

MAR 1 3 REC'D



Location: DMS-BOSTON 101 ARCH STREET

Campbell Campbell Edwards & Conroy Professional Co
One Constitution Plaza, 3rd Floor
Boston, MA 02129 US
Attn: Jo-Anna Canty

Any Inquiries Call: 617-542-0300

Invoice #: 625290
Invoice Date: 07-MAR-07
Merrill Order #: 002-1118409
Client Matter #: 150-9
Date Received: 01-MAR-07
Salesperson: BROCKNEY, BRIAN M

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|-------------|------------|-------|
| 124 | Blowbacks, Color | $1.25 | $155.00 |
| 42 | Enlarge & Mount, B&W | $5.75 | $241.50 |
| 1 | Tech Time | $65.00 | $65.00 |
| | Subtotal: | | $461.50 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $23.08 |
| | Total Invoice: | | $484.58 |

ACCOUNTING DEPT.
CAMPBELL CAMPBELL EDWARDS & CONROY
ENTRY NO: _____
DUE DATE: 4/14/07
COMPONENTS: 36
TASK CODE: 124
CASE NO: 150-9

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID: 41-2007271

# MERRILL
# COMMUNICATIONS LLC



Location: DMS-BOSTON 101 ARCH STREET

Campbell Campbell Edwards & Conroy Professional Co
One Constitution Plaza, 3rd Floor
Boston, MA  02129  US
Attn:   Jo-Anna L. Canty

Any Inquiries Call: 617-542-0300

Invoice #: 625947
Invoice Date: 07-MAR-07
Merrill Order #: 002-1118075
Client Matter #: 150-9
Date Received: 28-FEB-07
Salesperson: BROCKNEY, BRIAN M

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 78 | Enlarge & Mount, Color | $24.50 | $1,911.00 |
| | Subtotal: | | $1,911.00 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $95.55 |
| | Total Invoice: | | $2,006.55 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN  55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :   41-2007271