# EXHIBIT G

SCIENTIFIC
BOSTON
INC

Tax I.D. No.
04-3133239

-INVOICE-

Invoice #914679-E
March 30, 2007

Kathleen M. Guilfoyle
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Boston, MA 02129

Re:    Walsh v. Paccar
       Our File No. S10799

EXPENSES:

- Digital Photo Prints: Subject Truck          $   136.80
- Digital Photo Prints: Radiator Hose Testing      140.40
- 20x30 Trial Exhibit Boards (14)                1,190.00
- Courier Delivery to Kathleen Guilfoyle            82.60
- Test Hardware                                    282.67
                                             _____

        Total Expenses:                       $1,832.47

Engineering Analysis
and Design

1120 Massachusetts
Avenue

Boxborough,
Massachusetts
01719

Telephone
978 266 9300

Fax
978 266 2800