# EXHIBIT H

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| **Professional:** | | | | | | |
| 2/11/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 6.00 | 0.20 | 1.20 |
| 2/13/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 22.00 | 0.20 | 4.40 |
| 2/13/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 46.00 | 0.20 | 9.20 |
| 2/13/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 8.00 | 0.20 | 1.60 |
| 2/13/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 6.00 | 0.20 | 1.20 |
| 2/17/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 11.00 | 0.20 | 2.20 |
| 2/17/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 1.00 | 0.20 | 0.20 |
| 2/17/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 2.00 | 0.20 | 0.40 |
| 2/18/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 4.00 | 0.20 | 0.80 |
| 2/25/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 28.00 | 0.20 | 5.60 |
| 2/25/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 3.00 | 0.20 | 0.60 |
| 3/1/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 5.00 | 0.20 | 1.00 |

3/23/2007 1:36 PM

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 3/1/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 24.00 | 0.20 | 4.80 |
| 5/26/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 11.00 | 0.20 | 2.20 |
| 6/10/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 350.00 | 0.20 | 70.00 |
| 7/6/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 7.00 | 0.20 | 1.40 |
| 7/6/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 27.00 | 0.20 | 5.40 |
| 7/7/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 1.00 | 0.20 | 0.20 |
| 7/7/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 7.00 | 0.20 | 1.40 |
| 8/4/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 4.00 | 0.20 | 0.80 |
| 12/3/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 7.00 | 0.20 | 1.40 |
| 12/13/2004 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 10.00 | 0.20 | 2.00 |
| 2/1/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 12.00 | 0.20 | 2.40 |
| 2/9/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 1.00 | 0.20 | 0.20 |
| 4/6/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 10.00 | 0.20 | 2.00 |

3/23/2007 1:36 PM

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------------------------------------------------|------------------------|-------|-------|-------|
| 4/18/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 10.00 | 0.20 | 2.00 |
| 5/11/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 7.00 | 0.20 | 1.40 |
| 5/13/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 16.00 | 0.20 | 3.20 |
| 5/13/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 10.00 | 0.20 | 2.00 |
| 5/20/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 12.00 | 0.20 | 2.40 |
| 5/24/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 14.00 | 0.20 | 2.80 |
| 5/24/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 15.00 | 0.20 | 3.00 |
| 5/24/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 12.00 | 0.20 | 2.40 |
| 5/24/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 14.00 | 0.20 | 2.80 |
| 6/9/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 17.00 | 0.20 | 3.40 |
| 6/11/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 17.00 | 0.20 | 3.40 |
| 6/11/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 15.00 | 0.20 | 3.00 |
| 6/11/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 15.00 | 0.20 | 3.00 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units | Price | Value |
|------|------|---------------------------------------------------|---------------------|-------|-------|-------|
| 6/13/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 15.00 | 0.20 | 3.00 |
| 6/14/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 20.00 | 0.20 | 4.00 |
| 6/17/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 20.00 | 0.20 | 4.00 |
| 6/24/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 15.00 | 0.20 | 3.00 |
| 6/24/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 15.00 | 0.20 | 3.00 |
| 6/27/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 15.00 | 0.20 | 3.00 |
| 6/27/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 14.00 | 0.20 | 2.80 |
| 6/20/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 191.00 | 0.20 | 38.20 |
| 6/27/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 17.00 | 0.20 | 3.40 |
| 8/27/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 4.00 | 0.20 | 0.80 |
| 8/27/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 10.00 | 0.20 | 2.00 |
| 8/31/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 5.00 | 0.20 | 1.00 |
| 8/31/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 2.00 | 0.20 | 0.40 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 9/24/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 15.00 | 0.20 | 3.00 |
| 10/18/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 201.00 | 0.20 | 40.20 |
| 10/18/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 196.00 | 0.20 | 39.20 |
| 10/18/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 9.00 | 0.20 | 1.80 |
| 10/18/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 196.00 | 0.20 | 39.20 |
| 10/26/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 192.00 | 0.20 | 38.40 |
| 10/26/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 7.00 | 0.20 | 1.40 |
| 10/26/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 18.00 | 0.20 | 3.60 |
| 10/26/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 4.00 | 0.20 | 0.80 |
| 10/28/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 2.00 | 0.20 | 0.40 |
| 10/31/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 1.00 | 0.20 | 0.20 |
| 10/31/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 8.00 | 0.20 | 1.60 |
| 11/29/2005 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 3.00 | 0.20 | 0.60 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 1/26/2006 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 56.00 | 0.20 | 11.20 |
| 1/27/2006 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 8.00 | 0.20 | 1.60 |
| 1/27/2006 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 8.00 | 0.20 | 1.60 |
| 1/27/2006 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 2.00 | 0.20 | 0.40 |
| 1/31/2006 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 1.00 | 0.20 | 0.20 |
| 1/31/2006 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 98.00 | 0.20 | 19.60 |
| 2/24/2006 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 2.00 | 0.20 | 0.40 |
| 4/12/2006 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 5.00 | 0.20 | 1.00 |
| 9/15/2006 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 3.00 | 0.20 | 0.60 |
| 11/10/2006 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 1.00 | 0.20 | 0.20 |
| 11/10/2006 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 6.00 | 0.20 | 1.20 |
| 11/10/2006 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 16.00 | 0.20 | 3.20 |
| 11/10/2006 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 15.00 | 0.20 | 3.00 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units | Price | Value |
|------|------|--------------------------------------------------|--------------------|-------|-------|-------|
| 11/10/2006 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 12.00 | 0.20 | 2.40 |
| 11/10/2006 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 30.00 | 0.20 | 6.00 |
| 11/10/2006 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 190.00 | 0.20 | 38.00 |
| 11/10/2006 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 135.00 | 0.20 | 27.00 |
| 11/14/2006 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 1.00 | 0.20 | 0.20 |
| 11/22/2006 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 54.00 | 0.20 | 10.80 |
| 11/27/2006 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 10.00 | 0.20 | 2.00 |
| 11/27/2006 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 5.00 | 0.20 | 1.00 |
| 11/30/2006 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 2.00 | 0.20 | 0.40 |
| 12/6/2006 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 114.00 | 0.20 | 22.80 |
| 12/6/2006 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 1.00 | 0.20 | 0.20 |
| 12/6/2006 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 6.00 | 0.20 | 1.20 |
| 12/6/2006 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 7.00 | 0.20 | 1.40 |

3/23/2007 1:36 PM

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|---------------------------------------------------------|------------------------|-------|-------|-------|
| 12/18/2006 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 4.00 | 0.20 | 0.80 |
| 12/21/2006 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 2.00 | 0.20 | 0.40 |
| 1/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 16.00 | 0.20 | 3.20 |
| 1/16/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 1.00 | 0.20 | 0.20 |
| 1/30/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 256.00 | 0.20 | 51.20 |
| 1/30/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 40.00 | 0.20 | 8.00 |
| 1/31/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 47.00 | 0.20 | 9.40 |
| 2/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 79.00 | 0.20 | 15.80 |
| 2/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 79.00 | 0.20 | 15.80 |
| 2/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 22.00 | 0.20 | 4.40 |
| 2/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 166.00 | 0.20 | 33.20 |
| 2/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 79.00 | 0.20 | 15.80 |
| 2/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 80.00 | 0.20 | 16.00 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units | Price | Value |
|------|------|---------------------------------------------------|---------------------|-------|-------|-------|
| 2/1/2007 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 12.00 | 0.20 | 2.40 |
| 2/1/2007 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 44.00 | 0.20 | 8.80 |
| 2/2/2007 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 16.00 | 0.20 | 3.20 |
| 2/2/2007 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 11.00 | 0.20 | 2.20 |
| 2/2/2007 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 10.00 | 0.20 | 2.00 |
| 2/2/2007 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 33.00 | 0.20 | 6.60 |
| 2/5/2007 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 16.00 | 0.20 | 3.20 |
| 2/5/2007 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 16.00 | 0.20 | 3.20 |
| 2/5/2007 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 16.00 | 0.20 | 3.20 |
| 2/5/2007 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 15.00 | 0.20 | 3.00 |
| 2/5/2007 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 15.00 | 0.20 | 3.00 |
| 2/5/2007 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 12.00 | 0.20 | 2.40 |
| 2/5/2007 | | 150-9 / Paccar, Inc. Joseph W. Walsh vs. Kenworth Truck Company Internal Duplicating | 1 E101 | 12.00 | 0.20 | 2.40 |

3/23/2007 1:36 PM

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 2/6/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 16.00 | 0.20 | 3.20 |
| 2/6/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 16.00 | 0.20 | 3.20 |
| 2/6/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 16.00 | 0.20 | 3.20 |
| 2/7/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 16.00 | 0.20 | 3.20 |
| 2/7/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 18.00 | 0.20 | 3.60 |
| 2/7/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 17.00 | 0.20 | 3.40 |
| 2/7/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 25.00 | 0.20 | 5.00 |
| 2/7/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 16.00 | 0.20 | 3.20 |
| 2/9/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 19.00 | 0.20 | 3.80 |
| 2/9/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 19.00 | 0.20 | 3.80 |
| 2/9/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 19.00 | 0.20 | 3.80 |
| 2/9/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 16.00 | 0.20 | 3.20 |
| 2/12/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 17.00 | 0.20 | 3.40 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|---------------------------------------------------------|------------------------|-------|-------|-------|
| 2/12/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 11.00 | 0.20 | 2.20 |
| 2/12/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 19.00 | 0.20 | 3.80 |
| 2/12/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 17.00 | 0.20 | 3.40 |
| 2/13/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 19.00 | 0.20 | 3.80 |
| 2/13/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 54.00 | 0.20 | 10.80 |
| 2/14/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 3.00 | 0.20 | 0.60 |
| 2/15/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 4.00 | 0.20 | 0.80 |
| 2/15/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 13.00 | 0.20 | 2.60 |
| 2/15/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 16.00 | 0.20 | 3.20 |
| 2/18/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 24.00 | 0.20 | 4.80 |
| 2/17/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 23.00 | 0.20 | 4.60 |
| 2/16/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 2.00 | 0.20 | 0.40 |
| 2/16/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 11.00 | 0.20 | 2.20 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|----------------------------------------------------------|------------------------|-------|-------|-------|
| 2/20/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 1.00 | 0.20 | 0.20 |
| 2/20/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 11.00 | 0.20 | 2.20 |
| 2/20/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 28.00 | 0.20 | 5.60 |
| 2/20/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 19.00 | 0.20 | 3.80 |
| 2/20/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 19.00 | 0.20 | 3.80 |
| 2/20/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 19.00 | 0.20 | 3.80 |
| 2/20/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 35.00 | 0.20 | 7.00 |
| 2/21/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 19.00 | 0.20 | 3.80 |
| 2/21/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 19.00 | 0.20 | 3.80 |
| 2/21/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 19.00 | 0.20 | 3.80 |
| 2/21/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 46.00 | 0.20 | 9.20 |
| 2/21/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 28.00 | 0.20 | 5.60 |
| 2/22/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 1.00 | 0.20 | 0.20 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 2/22/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 3.00 | 0.20 | 0.60 |
| 2/22/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 55.00 | 0.20 | 11.00 |
| 2/22/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 10.00 | 0.20 | 2.00 |
| 2/22/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 19.00 | 0.20 | 3.80 |
| 2/22/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 79.00 | 0.20 | 15.80 |
| 2/22/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 34.00 | 0.20 | 6.80 |
| 2/25/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 14.00 | 0.20 | 2.80 |
| 2/25/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 14.00 | 0.20 | 2.80 |
| 2/25/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 12.00 | 0.20 | 2.40 |
| 2/25/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 10.00 | 0.20 | 2.00 |
| 2/24/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 18.00 | 0.20 | 3.60 |
| 2/24/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 18.00 | 0.20 | 3.60 |
| 2/24/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 12.00 | 0.20 | 2.40 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|-----------------------------------------------------------|------------------------|-------|-------|-------|
| 2/24/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 12.00 | 0.20 | 2.40 |
| 2/24/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 19.00 | 0.20 | 3.80 |
| 2/24/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 14.00 | 0.20 | 2.80 |
| 2/24/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 10.00 | 0.20 | 2.00 |
| 2/24/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 20.00 | 0.20 | 4.00 |
| 2/23/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 12.00 | 0.20 | 2.40 |
| 2/23/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 10.00 | 0.20 | 2.00 |
| 2/23/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 37.00 | 0.20 | 7.40 |
| 2/23/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 13.00 | 0.20 | 2.60 |
| 2/23/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 2.00 | 0.20 | 0.40 |
| 2/23/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 13.00 | 0.20 | 2.60 |
| 2/23/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 11.00 | 0.20 | 2.20 |
| 2/23/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 1.00 | 0.20 | 0.20 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|-------------------------------------------------------|------------------------|-------|-------|-------|
| 2/23/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 12.00 | 0.20 | 2.40 |
| 2/23/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 37.00 | 0.20 | 7.40 |
| 2/23/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 10.00 | 0.20 | 2.00 |
| 2/23/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 19.00 | 0.20 | 3.80 |
| 2/23/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 23.00 | 0.20 | 4.60 |
| 2/23/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 29.00 | 0.20 | 5.80 |
| 2/23/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 11.00 | 0.20 | 2.20 |
| 2/23/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 10.00 | 0.20 | 2.00 |
| 2/26/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 346.00 | 0.20 | 69.20 |
| 2/26/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 14.00 | 0.20 | 2.80 |
| 2/26/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 34.00 | 0.20 | 6.80 |
| 2/26/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 55.00 | 0.20 | 11.00 |
| 2/26/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 12.00 | 0.20 | 2.40 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 2/27/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 41.00 | 0.20 | 8.20 |
| 2/27/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 14.00 | 0.20 | 2.80 |
| 2/27/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 18.00 | 0.20 | 3.60 |
| 2/27/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 19.00 | 0.20 | 3.80 |
| 2/28/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 45.00 | 0.20 | 9.00 |
| 2/28/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 22.00 | 0.20 | 4.40 |
| 2/28/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 10.00 | 0.20 | 2.00 |
| 2/28/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 13.00 | 0.20 | 2.60 |
| 2/28/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 16.00 | 0.20 | 3.20 |
| 2/28/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1<br>E101 | 15.00 | 0.20 | 3.00 |
| 3/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 10.00 | 0.20 | 2.00 |
| 3/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 3.00 | 0.20 | 0.60 |
| 3/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 69.00 | 0.20 | 13.80 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 3/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 79.00 | 0.20 | 15.80 |
| 3/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 13.00 | 0.20 | 2.60 |
| 3/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 17.00 | 0.20 | 3.40 |
| 3/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 50.00 | 0.20 | 10.00 |
| 3/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 44.00 | 0.20 | 8.80 |
| 3/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 16.00 | 0.20 | 3.20 |
| 3/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 10.00 | 0.20 | 2.00 |
| 3/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 88.00 | 0.20 | 17.60 |
| 3/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 100.00 | 0.20 | 20.00 |
| 3/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 1.00 | 0.20 | 0.20 |
| 3/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 17.00 | 0.20 | 3.40 |
| 3/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 13.00 | 0.20 | 2.60 |
| 3/1/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 10.00 | 0.20 | 2.00 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|---------------------------------------------------------|------------------------|-------|-------|-------|
| 3/4/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 20.00 | 0.20 | 4.00 |
| 3/3/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 60.00 | 0.20 | 12.00 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 12.00 | 0.20 | 2.40 |
| 3/4/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 3.00 | 0.20 | 0.60 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 49.00 | 0.20 | 9.80 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 5.00 | 0.20 | 1.00 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 5.00 | 0.20 | 1.00 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 42.00 | 0.20 | 8.40 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 5.00 | 0.20 | 1.00 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 79.00 | 0.20 | 15.80 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 33.00 | 0.20 | 6.60 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 33.00 | 0.20 | 6.60 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 33.00 | 0.20 | 6.60 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|----------------------------------------------------------|------------------------|-------|-------|-------|
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 33.00 | 0.20 | 6.60 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 31.00 | 0.20 | 6.20 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 31.00 | 0.20 | 6.20 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 75.00 | 0.20 | 15.00 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 17.00 | 0.20 | 3.40 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 15.00 | 0.20 | 3.00 |
| 3/3/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 97.00 | 0.20 | 19.40 |
| 3/3/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 977.00 | 0.20 | 195.40 |
| 3/3/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 167.00 | 0.20 | 33.40 |
| 3/3/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 16.00 | 0.20 | 3.20 |
| 3/3/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 8.00 | 0.20 | 1.60 |
| 3/3/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 14.00 | 0.20 | 2.80 |
| 3/3/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 14.00 | 0.20 | 2.80 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|---------------------------------------------------------|------------------------|-------|-------|-------|
| 3/3/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 8.00 | 0.20 | 1.60 |
| 3/3/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 5.00 | 0.20 | 1.00 |
| 3/3/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 15.00 | 0.20 | 3.00 |
| 3/4/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 10.00 | 0.20 | 2.00 |
| 3/4/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 4.00 | 0.20 | 0.80 |
| 3/4/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 67.00 | 0.20 | 13.40 |
| 3/4/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 68.00 | 0.20 | 13.60 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 202.00 | 0.20 | 40.40 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 2.00 | 0.20 | 0.40 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 79.00 | 0.20 | 15.80 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 3.00 | 0.20 | 0.60 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 1.00 | 0.20 | 0.20 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 9.00 | 0.20 | 1.80 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|---------------------------------------------------------|------------------------|-------|-------|-------|
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 14.00 | 0.20 | 2.80 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 1.00 | 0.20 | 0.20 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 31.00 | 0.20 | 6.20 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 10.00 | 0.20 | 2.00 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 15.00 | 0.20 | 3.00 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 17.00 | 0.20 | 3.40 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 31.00 | 0.20 | 6.20 |
| 3/2/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 17.00 | 0.20 | 3.40 |
| 3/5/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 9.00 | 0.20 | 1.80 |
| 3/5/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 2.00 | 0.20 | 0.40 |
| 3/5/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 1.00 | 0.20 | 0.20 |
| 3/5/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 8.00 | 0.20 | 1.60 |
| 3/5/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 33.00 | 0.20 | 6.60 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|--------------------------------------------------------|-----------------------|-------|-------|-------|
| 3/5/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 44.00 | 0.20 | 8.80 |
| 3/5/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 1.00 | 0.20 | 0.20 |
| 3/5/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 1.00 | 0.20 | 0.20 |
| 3/4/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 45.00 | 0.20 | 9.00 |
| 3/5/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 9.00 | 0.20 | 1.80 |
| 3/5/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 18.00 | 0.20 | 3.60 |
| 3/5/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 3.00 | 0.20 | 0.60 |
| 3/6/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 16.00 | 0.20 | 3.20 |
| 3/6/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 85.00 | 0.20 | 17.00 |
| 3/6/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 168.00 | 0.20 | 33.60 |
| 3/6/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 9.00 | 0.20 | 1.80 |
| 3/6/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 168.00 | 0.20 | 33.60 |
| 3/6/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 10.00 | 0.20 | 2.00 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component Task Code | Units | Price | Value |
|------|------|---------------------------------------------------|---------------------|-------|-------|-------|
| 3/7/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 18.00 | 0.20 | 3.60 |
| 3/7/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 10.00 | 0.20 | 2.00 |
| 3/7/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 10.00 | 0.20 | 2.00 |
| 3/6/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 62.00 | 0.20 | 12.40 |
| 3/8/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 148.00 | 0.20 | 29.60 |
| 3/8/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 45.00 | 0.20 | 9.00 |
| 3/8/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 8.00 | 0.20 | 1.60 |
| 3/8/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 90.00 | 0.20 | 18.00 |
| 3/8/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 90.00 | 0.20 | 18.00 |
| 3/8/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 45.00 | 0.20 | 9.00 |
| 3/8/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 45.00 | 0.20 | 9.00 |
| 3/9/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 1.00 | 0.20 | 0.20 |
| 3/9/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 33.00 | 0.20 | 6.60 |

# Transactions Listing

Matter ID = '150-9' and component = '1'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|----------------------------------------------------------|------------------------|-------|-------|-------|
| 3/19/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 2.00 | 0.20 | 0.40 |
| 3/19/2007 | | 150-9 / Paccar, Inc.<br>Joseph W. Walsh vs. Kenworth Truck Company<br>Internal Duplicating | 1 | 3.00 | 0.20 | 0.60 |
| | | | Professional: | 10,139.00 | | 2,027.80 |
| | | | Grand Total | 10,139.00 | | 2,027.80 |